**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Service Dogs by Warren Retrievers, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FKA  Guardian Angel Service Dogs, Inc.** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-3778997** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **PO Box 647** <br> **Madison, VA 22727** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Madison** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Service Dogs by Warren Retrievers, Inc.**                                  Case number (*if known*) _____
      Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

---

Debtor   **Service Dogs by Warren Retrievers, Inc.**                    Case number (*if known*) _____
         Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____

Contact name  _____

Phone  _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds**     .     *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Service Dogs by Warren Retrievers, Inc.**                    Case number (*if known*)  _____
          Name

---

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 29, 2020**
               MM / DD / YYYY

**X** **/s/ Charles D. Warren, Jr.**                          **Charles D. Warren, Jr.**
Signature of authorized representative of debtor             Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ Stephen E. Dunn**                          Date **May 29, 2020**
Signature of attorney for debtor                          MM / DD / YYYY

**Stephen E. Dunn 26355**
Printed name

**Stephen E. Dunn, PLLC**
Firm name

**201 Enterprise Drive**
**Suite A**
**Forest, VA 24551**
Number, Street, City, State & ZIP Code

Contact phone **434-385-4850**    Email address **stephen@stephendunn-pllc.com;**
                                                **michelle@stephendunn-pllc.com**

**26355 VA**
Bar number and State

---

Service Dogs by Warren Retrievers, I

ABBY WATKINS
4712 POLAND DR
DAYTON, OH 45440

ANDRE' PAIXAO
407 MIRAMAR BLVD
LITTLE ROCK, AR 72223

AUDRA AND PETER SKIPPER
193 KIRBY ROAD
TRANSYLVANIA, LA 71286

ABIGALE ROYER
2790 EARLY STOWN RD. APT 2
CENTRE HALL, PA 16828

ANDREA FULLER
1832 NW 172ND ST
EDMOND, OK 73012

AUTHORIZE.NET
PO BOX 947
AMERICAN FORK, UT 84003

ADAM CORBETT
8618 96ST GRANDE PRAIRIE
ALBERTA T8V3C9

ANGELA BARBER
1715 GREENWOOD PLACE
OWATONNA, MN 55060

AZELIA LOPEZ
760 FETTERS LN
ALLENTOWN, PA 18106

ALEXA TOMASELLO
30 JUDYS CT
HAMMONTON, NJ 08037

ANGELA SANDERS
5328 NORTH ALBURNETT ROAD
CENTRAL CITY, IA 52214

BB&T
PO BOX 580340
CHARLOTTE, NC 28258-0340

ALLESSIA MATTIOLI
5 AUTUMN RIDGE DR.
GLASSBORO, NJ 08028

ANN GREIN
628 S. MORAINE
VALDEZ, AK 99686

BECKY SCHMITT
1327 INDIANA AVE.
SHEBOYGAN, WI 53081

ALYSSA & MARK BURKHART
7774 ROSEMONT DRIVE
BROWNSBURG, IN 46112

ANNA HERNANDEZ
3219 WATERGRASS ROAD
BAKERSFIELD, CA 93306

BENJAMIN & ERIN MCNABB
1919 ST. ANDREWS CT.
GILROY, CA 95020

AMANDA MULLINS
12337 WYNNFIELD LAKES DR., APT 212
JACKSONVILLE, FL 32246

ANSWER 1, LLC
PO BOX 62763
PHOENIX, AZ 85082-2763

BERNA LEYVA
817 W 8TH ST.
LIBERAL, KS 67901

AMANDA WEDDINGTON
3015 BLUESKY LOOP
JEFFERSONVILLE, IN 47130

ANTOINETTE SHOOK
8250 N. GRAND CANYON DR
UNIT 1025
LAS VEGAS, NV 89166

BETH & BRAD ARTHUR
20935 STORRS ROAD
SACKETS HARBOR, NY 13685

AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ 07101-1270

ASHLEY KUECHENBERG
525 N. CLARK ST
MAYVILLE, WI 53050

BRENDA ERICKSON
601 FAIRVIEW AVE
PINEHURST, ID 83850

AMIE CARFAGNA
15517 MOSSY RIDGE LANE
LITHIA, FL 33547

ASHLYN RHODES
169 JOHNSON DRIVE
CANTON, GA 30115

BROOKE CORTEZ
14314 DUSKY THRUSH
SAN ANTONIO, TX 78233

Service Dogs by Warren Retrievers, I

BROOKLYN PETERS
104 BFFALO MUNTAIN LNE
UNICOI, TN 37692

CHRISTA SILVA
18 CALVINS WAY
SANFORD, ME 04073

CRYSTAL JAMES
6153 FIRST ST.
KING GEORGE, VA 22485

CALLIE THOMAS
123 COUNTY ROAD
MOUNT PLEASANT, TX 75455

CHRISTIE CARPENTER
6451 MENTOR PARK BLVD
MENTOR, OH 44060

CRYSTAL PHILIP
3904 HERITAGE RD
CEDAR FALLS, IA 50613

CARA BERNHARDT
829 SHEARED ST
ROSEVILLE, CA 95678

CHRISTINA REX
53 VISTA BARRANCA
RANCHO SANTA MARGARITA, CA 92688

CYNTHIA ERNSBERGER
531 SCARF ST.
NEW WASHINGTON, OH 44854

CAROL SMITH
701 WEST SEMINARY STREET
VEVAY, IN 47043

CHRISTINA TURNER
206 E 2ND ST
OILTON, OK 74052

CYNTHIA RIVERA VEGA
133 N 10TH ST
READING, PA 19601

CARRIE LAFONTAINE
8310 MARQUETE RD
GOODELLS, MI 48027

CHRISTOPHER BRADY
109 BLUE MT RD
SAUGERTIES, NY 12477

DANIELLE BOWLING
405 RIVER CHASE COVE
BLUFF CITY, TN 37618

CARYN CONN
1373 CORNELIA DRIVE
LABELLE, FL 33935

CHRISTY COOK
1616 HARRIS DR
BARTLESVILLE, OK 74006

DANIELLE HUTCHINSON
29 LOUIS LANE
PLAINFIELD, CT 06374

CASEY SHUMATE
153 HOPE ENTRANCE RD.
FORT VALLEY, GA 31030

CHRISTY DAVIS
851 CHANNING PL
BRANDON, MS 39047

DEBORAH MALTINSKI
761 ANDERSON ST
SAN FRANCISCO, CA 94110

CATHERINE WILDE
103 WOODS RUN CIRCLE
RICHLANDS, NC 28574

CHRISTY PALMER
1140 ANGUS LANE
YORK, PA 17408

DELLA DYER
12613 HIGH COUNTRY DR
BAKERSFIELD, CA 93312

CHANTIL LACEY LEE
2753 RIDGE HEIGHTS
NEW BRAUNFELS, TX 78130

CINDY FREED
714 DANNY LANE
O FALLON, MO 63366

DONOR DRIVE
30 BRAINTREE HILL OFFICE PAR
STE 303
BRAINTREE, MA 02184

CHASE CARDMEMBER SERVICES
PO BOX1423
CHARLOTTE, NC 28201-1423

CONVERSION PIPELINE, LLC
4501 DAY DR., #312
CHANTILLY, VA 20151

DORIS CORDERO
531 LIDGERWOOD AVE
ELIZABETH, NJ 07202

Service Dogs by Warren Retrievers, I

ELIZABETH THOMAS
98 WOODCREEK LANE
CLAYTON, NC 27520

GINGER WELLS
5410 CRANY CREEK DR
GLOUCESTER, VA 23061

HEATHER WOODWARD
1350 E BRITIAN AVE
BENTON HARBOR, MI 49022

EMILIE NEWMAN
14180 N 136TH LN
SURPRISE, AZ 85379

GLADYS GONZALEZ
614 NORTH 10TH SREET
READING, PA 19604

HEIDI MOORE
521 FRONT STREET
NORTHUMBERLAND, PA 17857

ERIN & KIM BRUCE
234 MOWAT CRESCENT
SASKATOON SASKATCHEWAN S7L4Y2

GLEN F. KOONTZ, ESQ
4 BARNETT STREET
BERRYVILLE, VA 22611

HEIDI PRITCHETT
210 CHOCTAW DRIVE
MONTGOMERY, AL 36117

ERIN CRUMLEY
2012 S HELENA ST #B
AURORA, CO 80013

HANNAH FRITH
126 E. LORAIN ST. APT 2
OBERLIN, OH 44074

HOLLIE SMITH
9108 RIDGELY DR
LORTON, VA 22079

ERIN KRZYSIK
3285 KIGHT RD
OMER, MI 48749

HEATHER GRANTHAM
861 GRANTHAM RD
DOERUN, GA 31744

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

ERIN SLATTERY
1446 MONITOR WAY
INDIANAPOLIS, IN 46234

HEATHER HOFFMAN
9922 ARNOLD REDFORD
REDFORD, MI 48239

JAMES ELLIS
1905 W BEN AIR DR
SALT LAKE CITY, UT 84129

ERIN TUFTS
708 MAPLE ST
MANCHESTER, NH 03104

HEATHER MOSHER
17 MOUNT PLEASANT STREET
ROCKPORT, MA 01966

JAMES EPPINETTE
12 BARBERRY COVE
CABOT, AR 72023

FEDEX
PO BOX 371461
PITTSBURGH, PA 15250

HEATHER MUHLEKA
9701 S 9TH ST
BELLEVUE, NE 68123

JAMES FORTIER
5 GERALD AVE
COVENTRY, RI 02816

FRANK E. JENKINS, CPA
231 WYLDEROSE DRIVE
MIDLOTHIAN, VA 23113

HEATHER O'CONNOR
5 RAMSDELL COURT
GAITHERSBURG, MD 20878

JAMIE OBERTO
1311 FLORENCE AVE
WATERFORD, MI 48328

GINA FOLCO
67 WATERMAN AVE
NORTH PROVIDENCE, RI 02911

HEATHER SPURGEON
1389 S. HARRIET ST
MARTINSVILLE, IN 46151

JANE TUMMONDS
300 SPRUCE STREET, 106
FARMINGTON, MN 55024

JANIS GAVAI
1930 HAVEN LN
DUNKIRK, MD 20754

JILL ALLEN
47 HIGH RD
ASHLAND, PA 17921

KATRINA XAVIER
480 SARATOGA AVE
GROVER BEACH, CA 93433

JEAN CHRISTY
124 MIDDLE ROAD
SOUTHAMPTON, MA 01073

JILL CASTALDO
178 MT AVE
HAWTHORNE, NJ 07506

KERRY (WARDHAUGH) KENNEDY
44 RIPLEY HILL RD
BARKHAMSTED, CT 06063

JEANNIE RICH
80 PORTOLA WAY APT 108
TRACY, CA 95376

JOCIE BRADFORD
420 BANNOCK STREET
FORT COLLINS, CO 80524

KERRY MYERS
26196 CROWN VALLEY PKWY #21
MISSION VIEJO, CA 92692

JEFF THOMPSON
808 QUAILRIDGE RD #1
BAKERSFIELD, CA 93309

JODY HOFFMAN
12148 MAPLE SPRINGS DR. SE
ALEXANDRIA, MN 56308

KIARA COLEMAN
1454 BANGOR STREET SE #301
WASHINGTON, DC 20020

JEFF VINCENT
5215 BIG BOW CT
MADISON, WI 53711

JOE & CHELSEA LACLARE
3115 CASTLEWOOD DR
LOGANVILLE, GA 30052

KIELY MCKELLAR
1101 FREETOWN RD
VICKSBURG, MS 39183

JEFFREY PASS
504 S. EVERETT HIGH RD
MARYVILLE, TN 37804

JOHN DENNING
1001 5TH ST NE
MINOT, ND 58703

KIM GIBSON
11042 LLAMA CT
CORONA, CA 92883

JENNIFER & LARRY CROFT
720338 SDRD20 HOLLAND CENTRE
ONTARIO N0HIRO

JULIE JINKERSON
5145 45TH AVE N ST
SAINT PETERSBURG, FL 33709

KIMBERLY BISSETT
2700 FRANCIS CT
FREDERICKSBURG, VA 22408

JENNIFER ROSE
20522 PEMBRIDGE CT
STERLING, VA 20165

KATHERINE COLLAROS
531 SW BAILEY TER
PORT SAINT LUCIE, FL 34953

KIMBERLY MASON
2024 SANDAWAY DRIVE
WESTMINSTER, MD 21157

JENNIFER SMITH
2903 LACON ST
REGINA, SKS4N2A9 CANADA

KATHERINE VEGA
6149 MARIMEL CT.
MECHANICSVILLE, VA 23111

KIMBERLY WILLIAMS
428 FIELDSTONE DRIVE
RINGGOLD, GA 30736

JESSICA SAUCEDA
508 GOLDFINCH ST
CENTRAL CITY, IA 52214

KATIE TELLES WAGNER
2225 CANDY TUFT LN.
PALMDALE, CA 93551

KRISTEN ALEXA
6 DESCHENEAUX LANE
TYNGSBORO, MA 01879

Service Dogs by Warren Retrievers, I

KRISTIN BORG
3216 W OAKELLAR ABE
TAMPA, FL 33611

LISA LORING
12250 SINNETT STREET
HUNTLEY, IL 60142

MELISSA IRWIN
271 EAST COPE CREEK RD
SYLVA, NC 28779

KRISTIN SUMMERS
9108 RIDGELY DR
PARAGOULD, AR 72450

LUKE PALMISANO
1319 CARROLL AVE
LOS ANGELES, CA 90026

MELISSA MORGAN
PO BOX2603
BAKERSFIELD, CA 93303

KRISTINA ARROYO
19 BROOK LANE
FAYVILLE, MA 01745

MARGARET NG
5 VAIL DRIVE
MOUNTAIN LAKES, NJ 07046

MICHAELYNN HANSON
27 SNOWBIRD LANE
BOONES MILL, VA 24065

KRISTY CHURCH
515 NE 4TH STREET
ENGLAND, AR 72046

MARISOL CHAVES
143 KAPOK CRESCENT
WEST PALM BEACH, FL 33411

MICHELLE COLLIS
50 MEADOWBROOK DR.
MONROE, CT 06468

KRYSTYNA GRUSZKA
868 MOREFIELD RD
PHILADELPHIA, PA 19115

MARK PAULLIN, ESQ
575-A SOUTHLAKE BLVD
RICHMOND, VA 23236

MONIQUE CANTRELL
444 DIABLO DR
TRAVIS AFB, CA 94535

KYLE POWERS
46 JESSE DR
WEST HAVEN, CT 06516

MARLENA WOOD
7938 BRIDGETOWN RD
CLEVES, OH 45002

MORGON OLSON
501 SOUTH ST W
DEER PARK, WI 54007

LAURIEANN DYSON
4941 CHAUCER AVENUE
SAN DIEGO, CA 92120

MARY JONES
5667 SAMYER ROAD
CINCINNATI, OH 45239

NICOLE BEHNKE
515 NORTH KILBOURNE AVE #4
TOMAH, WI 54660

LILLIA FLORES
51 HARTWELL AVE
LITTLETON, MA 01460

MARYANN BOWLES
3220 CHANDON CT
LITTLETON, CO 80126

NORMAN MAXWELL
103 STONEFIELD DRIVE
MOUNT JULIET, TN 37122

LINDSEY DOWLING
3356 DALEY CENTER DR #1313
SAN DIEGO, CA 92123

MAUREEN FIUDO
853 WOODCOVE CT
CHESTERFIELD, MO 63017

OFFICE OF THE ATTORNEY GEN
MARK R. HERRING, ATTORNEY G
202 NORTH 9TH ST
RICHMOND, VA 23219

LISA DAVIS
6040 MT. LIBERTY RD
CENTERBURG, OH 43011

MEGGAN LAUCHER
1966 COUNTRY CLUB RD
TROUTVILLE, VA 24175

PATRICIA COOK
952B WILLET ROAD
COLUMBIA, SC 29206

Service Dogs by Warren Retrievers, I

PENNY NAGELHOUT
8325 E 124 TH STREET
SAND LAKE, MI 49343

SAFELITE AUTO GLASS
PO BOX 633197
CINCINNATI, OH 45263-3197

SHEBBY DODD
3503 FM 556
PITTSBURG, TX 75686


RANDI BENGSTON
1610 AVERY PL
SILOAM SPRINGS, AR 72761

SALINA BATSON
208 CHESSER WAY
CHELSEA, AL 35043

SINA NOV
2175 KEVIN CT
CHINESE CAMP, CA 95309


REBECCA ENRIQUEZ
7709 HENDON WAY
ELK GROVE, CA 95758

SARA ABBY
405 KRIEGER RD
WEBSTER, NY 14580

SPOTTS FAIN
PO BOX 1555
RICHMOND, VA 23218


REBECCA NEIDORF
5511 CALVIN AVENUE
TARZANA, CA 91356

SARA ULMER
1509 S.E DELAWARE AVE. APT 11
ANKENY, IA 50021

STACY FALKERS
S3191 PRAIRIE EDGE RD
WESTBY, WI 54667


REBECCCA DETERS
11228 WEST RIVER RD
CHAMPLIN, MN 55316

SARAH MEADORS
3126A E VALLEY WATER MILL RD
SPRINGFIELD, MO 65803

STACY TUPPER
1406 CARDINAL ST
LONGWOOD, FL 32750


RENEE BERGIN
1817 CREEKWATER BLVD
PORT ORANGE, FL 32128

SCOTT & JESSICA CLEMENTS
500 STARFIRE CT
OAK RIDGE, NC 27310

STARLA WILLDEN
9635 TUSTIN
IDAHO FALLS, ID 83401


ROBERT KING
3450 WELLINGTON ST
NORFOLK, VA 23513

SHANE WITT
27 CLINTON ST.
HOMER, NY 13077

STEPHANIE BURT
1004 CHELSEA DRIVE
ROCKFORD, IL 61107


ROBERT REICHMAN, MD
124 GRAFTON AVE
ALMA, MI 48801

SHANNON DAWSON
3939 E TARO LANE
PHOENIX, AZ 85050

STEPHANIE HARRIS
63835 NORTH JOHNSON RD
BETHESDA, OH 43719


ROMY ROTHSCHILD
26 PROSPECT RD.
LIVINGSTON, NJ 07039

SHANNON HART
33612 SPRING BROOK CIR
TEMECULA, CA 92592

STEPHANIE MAGNER-TRIPP
2340 W. LAKE CT
OCEANSIDE, NY 11572


ROXANNE DAILY
PO BOX 117
ASH FLAT, AR 72513

SHARON LIM
861 GRANTHAM RD
CASTRO VALLEY, CA 94546

STEPHANIE MATTES
14026 SAVANNAH SPRING LAKE R
SAVANNAH, NY 13146

Service Dogs by Warren Retrievers, I

TABITHA HEIT
9 PINETREE PLACE
FORT WASHINGTON, PA 19034

TRAY TRADEWELL
63A SEALE RD
NATCHEZ, MS 39120

YOLANDA SCHNEIDERMAN
6516 SW TERRACE DR
CHENEY, WA 99004

TANYA DONATHAN
1101 FINLEY DR
POUND, VA 24279

TREASURER OF MADISON CNTY
PO BOX 309
MADISON, VA 22727

TASHA BERRY
385 CR 1715
JACKSONVILLE, TX 75766

TREASURER OF MADISON COUNTY
PO BOX 309
MADISON, VA 22727

TIERNEY MATTHEWS
305 GAIR STREET
PIERMONT, NY 10968

VALERIE HOLLEY
3219 WATERGRASS ROAD
SMITHFIELD, NC 27577

TIFFANY WARREN
923 RAINBOW CRESCENT
KINGSTON ONTARIO K7K7H7

VANESSA AVILA
943 WOODROW DRIVE
LEWISVILLE, TX 75067

TIM DOYLE
2027 LOCKWOOD LANE
FEASTERVILLE TREVOSE, PA 19053

VANESSA DYE
2223 CLARKS VALLEY ROAD
SWORDS CREEK, VA 24649

TIM LONG
511 SUNBROOK
GRAND RAPIDS, MI 49508

VIRGINIA DEPARTMENT OF TAXATION
PO BOX 2156
RICHMOND, VA 23219

TINA RHOADES
127 WULFF LN
LAKESIDE, MT 59922

WELLS FARGO
PO BOX 29704
PHOENIX, AZ 85038

TRACI BROWN
6101 OCEAN JASPER DR
BAKERSFIELD, CA 93313

WELLS FARGO BUSINESS CARD
PO BOX 77033
MINNEAPOLIS, MN 55480

TRACY LONGO
1 BRIER RD.
WHITEHOUSE STATION, NJ 08889

WEX BANK
PO BOX 6293
CAROL STREAM, IL 60197

## United States Bankruptcy Court
### Western District of Virginia

In re    **Service Dogs by Warren Retrievers, Inc.**                                                Case No.

                                                    Debtor(s)            Chapter      **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Service Dogs by Warren Retrievers, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 29, 2020**                                                          **/s/ Stephen E. Dunn**

Date                                                                        **Stephen E. Dunn 26355**

                                                                            Signature of Attorney or Litigant
                                                                            Counsel for   **Service Dogs by Warren Retrievers, Inc.**
                                                                            **Stephen E. Dunn, PLLC**
                                                                            **201 Enterprise Drive**
                                                                            **Suite A**
                                                                            **Forest, VA 24551**
                                                                            **434-385-4850 Fax:434-385-8868**
                                                                            **stephen@stephendunn-pllc.com; michelle@stephendunn-pllc.com**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy