**Fill in this information to identify the case:**

Debtor name    **Service Dogs by Warren Retrievers, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF VIRGINIA

Case number (if known)   **20-60860**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 29, 2020**     X **/s/ Charles D. Warren, Jr.**
                                 Signature of individual signing on behalf of debtor

                                  **Charles D. Warren, Jr.**
                                  Printed name

                                  **President**
                                  Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

6/12/20 10:17AM

**Fill in this information to identify the case:**

Debtor name     **Service Dogs by Warren Retrievers, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF VIRGINIA

Case number (if known)    **20-60860**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................    $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................    $ _____73.58

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................    $ _____73.58

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____0.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $ _____222,046.45

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$ _____143,515.71

4.   Total liabilities .................................................................................................................
    Lines 2 + 3a + 3b                                                                  $ _____365,562.16

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

6/12/20 10:17AM

**Fill in this information to identify the case:**

Debtor name    **Service Dogs by Warren Retrievers, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF VIRGINIA

Case number (if known)    **20-60860**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Wells Fargo** | **checking** | **0684** | $0.00 |
| 3.2. | **Wells Fargo** | **Checking** | **0700** | $73.58 |
| 3.3. | **Wells Fargo** | **Checking** | **0692** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $73.58 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

6/12/20 10:17AM

Debtor  **Service Dogs by Warren Retrievers, Inc.**                    Case number *(If known)*  **20-60860**
_____
Name

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**        **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**        **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**        **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**        **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**        **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**        **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**        **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**        **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Service Dogs by Warren Retrievers, Inc.**                     Case number *(If known)* **20-60860**
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $73.58 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $73.58 | + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $73.58 |

6/12/20 10:17AM

**Fill in this information to identify the case:**

Debtor name      **Service Dogs by Warren Retrievers, Inc.**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF VIRGINIA

Case number (if known)    **20-60860**

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

6/12/20 10:17AM

---

**Fill in this information to identify the case:**

Debtor name   **Service Dogs by Warren Retrievers, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF VIRGINIA

Case number (if known)   **20-60860**

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$200,000.00** | **$200,000.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Treasurer of Madison County**<br>**PO Box 309**<br>**Madison, VA 22727** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$22,045.45** | **$22,045.45** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **9195**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       36723       Best Case Bankruptcy

| Debtor | **Service Dogs by Warren Retrievers, Inc.** | Case number (if known) | **20-60860** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $1.00 |
|---|---|---|---|---|

**Virginia Department of Taxation**
PO BOX 2156
Richmond, VA 23219

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,401.32 |
|---|---|---|---|

**American Express**
PO Box 1270
Newark, NJ 07101-1270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **credit card**

Last 4 digits of account number  **2005**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,460.67 |
|---|---|---|---|

**Answer 1, LLC**
PO Box 62763
Phoenix, AZ 85082-2763

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **open account**

Last 4 digits of account number  **0204**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.40 |
|---|---|---|---|

**Authorize.net**
PO Box 947
American Fork, UT 84003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **open account**

Last 4 digits of account number  **8584**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,944.20 |
|---|---|---|---|

**BB&T**
PO Box 580340
Charlotte, NC 28258-0340

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **credit card**

Last 4 digits of account number  **8556**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,479.01 |
|---|---|---|---|

**Chase Cardmember Services**
PO BOX1423
Charlotte, NC 28201-1423

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **credit card**

Last 4 digits of account number  **6662**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Service Dogs by Warren Retrievers, Inc.** | Case number (if known) | **20-60860** |
|---|---|---|---|
| | Name | | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,810.50** |
|---|---|---|---|

**Conversion Pipeline, LLC**
**4501 Day Dr., #312**
**Chantilly, VA 20151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **open account**

Last 4 digits of account number  **4905**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$464.49** |
|---|---|---|---|

**Donor Drive**
**30 Braintree Hill Office Park**
**Ste 303**
**Braintree, MA 02184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **open account**

Last 4 digits of account number  **5175**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47.38** |
|---|---|---|---|

**Fedex**
**PO Box 371461**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **open account**

Last 4 digits of account number  **5712**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Frank E. Jenkins, CPA**
**231 Wylderose Drive**
**Midlothian, VA 23113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **services**

Last 4 digits of account number  **8997**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,500.00** |
|---|---|---|---|

**Glen F. Koontz, Esq**
**4 Barnett Street**
**Berryville, VA 22611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **open account**

Last 4 digits of account number  **8997**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,279.86** |
|---|---|---|---|

**Mark Paullin, Esq**
**575-A Southlake Blvd**
**Richmond, VA 23236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **open account**

Last 4 digits of account number  **8997**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Office of the Attorney General**
**Mark R. Herring, Attorney General**
**202 North 9th St**
**Richmond, VA 23219**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **notice**

Last 4 digits of account number  **8997**

Is the claim subject to offset? ■ No  ☐ Yes

---

6/12/20 10:17AM

| Debtor | Service Dogs by Warren Retrievers, Inc. | Case number (if known) | 20-60860 |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$460.23**

**Safelite Auto Glass**
PO Box 633197
Cincinnati, OH 45263-3197

Date(s) debt was incurred **2020**

Last 4 digits of account number **9181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **open account**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Spotts Fain**
PO Box 1555
Richmond, VA 23218

Date(s) debt was incurred **unknown**

Last 4 digits of account number **8997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **open account**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Wells Fargo**
PO BOX 29704
Phoenix, AZ 85038

Date(s) debt was incurred **2020**

Last 4 digits of account number **8997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **overdrawn checking accounts**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,133.65**

**Wells Fargo Business Card**
PO Box 77033
Minneapolis, MN 55480

Date(s) debt was incurred **2020**

Last 4 digits of account number **3304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **credit card**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Wex Bank**
PO Box 6293
Carol Stream, IL 60197

Date(s) debt was incurred **2020**

Last 4 digits of account number **2031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **open account**

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Treasurer of Madison Cnty**<br>PO Box 309<br>Madison, VA 22727 | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | **222,046.45** |
| 5b. Total claims from Part 2 | 5b. + $ | **143,515.71** |

6/12/20 10:17AM

Debtor **Service Dogs by Warren Retrievers, Inc.**                     Case number (if known)    **20-60860**
_____
Name

**5c. Total of Parts 1 and 2**                                              5c.    $ _____ **365,562.16**
   Lines 5a + 5b = 5c.

6/12/20 10:17AM

| Fill in this information to identify the case: |
| --- |

Debtor name     **Service Dogs by Warren Retrievers, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF VIRGINIA

Case number (if known)   **20-60860**

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
| State the term remaining | |
| List the contract number of any government contract | **Abby Watkins**<br>**4712 Poland Dr**<br>**Dayton, OH 45440** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
| State the term remaining | |
| List the contract number of any government contract | **Abigale Royer**<br>**2790 Early Stown Rd. Apt 2**<br>**Centre Hall, PA 16828** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
| State the term remaining | |
| List the contract number of any government contract | **Adam Corbett**<br>**8618 96ST Grande Prairie**<br>**Alberta T8V3C9** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
| State the term remaining | |
| List the contract number of any government contract | **Alexa Tomasello**<br>**30 Judys Ct**<br>**Hammonton, NJ 08037** |

6/12/20 10:17AM

| Debtor 1 | Service Dogs by Warren Retrievers, Inc. | | | Case number *(if known)* | **20-60860** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract | |
|---|---|---|---|
| | State the term remaining | | **Allessia Mattioli** |
| | List the contract number of any government contract | | **5 Autumn Ridge Dr.** **Glassboro, NJ 08028** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Service Dog contract** | |
|---|---|---|---|
| | State the term remaining | | **Alyssa & Mark Burkhart** |
| | List the contract number of any government contract | | **7774 Rosemont Drive** **Brownsburg, IN 46112** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract | |
|---|---|---|---|
| | State the term remaining | | **Amanda Mullins** |
| | List the contract number of any government contract | | **12337 Wynnfield Lakes Dr., Apt 212** **Jacksonville, FL 32246** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract | |
|---|---|---|---|
| | State the term remaining | | **Amanda Weddington** |
| | List the contract number of any government contract | | **3015 Bluesky Loop** **Jeffersonville, IN 47130** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract | |
|---|---|---|---|
| | State the term remaining | | **Amie Carfagna** |
| | List the contract number of any government contract | | **15517 Mossy Ridge Lane** **Lithia, FL 33547** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract | |
|---|---|---|---|
| | State the term remaining | | **Andre' Paixao** |
| | List the contract number of any | | **407 Miramar Blvd** **Little Rock, AR 72223** |

6/12/20 10:17AM

| Debtor 1 | **Service Dogs by Warren Retrievers, Inc.** | | | Case number (*if known*) | **20-60860** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | government contract | |
|---|---|---|
| **2.11.** | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Andrea Fuller<br>1832 NW 172ND St<br>Edmond, OK 73012** |
| **2.12.** | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Angela Barber<br>1715 Greenwood Place<br>Owatonna, MN 55060** |
| **2.13.** | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Angela Sanders<br>5328 North Alburnett Road<br>Central City, IA 52214** |
| **2.14.** | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Ann Grein<br>628 S. Moraine<br>Valdez, AK 99686** |
| **2.15.** | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Anna Hernandez<br>3219 Watergrass Road<br>Bakersfield, CA 93306** |
| **2.16.** | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** **Antoinette Shook<br>8250 N. Grand Canyon Dr<br>Unit 1025<br>Las Vegas, NV 89166** |

6/12/20 10:17AM

| Debtor 1 | **Service Dogs by Warren Retrievers, Inc.** | | | Case number *(if known)* | **20-60860** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Ashley Kuechenberg**<br>**525 N. Clark St**<br>**Mayville, WI 53050** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Ashlyn Rhodes**<br>**169 Johnson Drive**<br>**Canton, GA 30115** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Audra and Peter Skipper**<br>**193 Kirby Road**<br>**Transylvania, LA 71286** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Azelia Lopez**<br>**760 Fetters Ln**<br>**Allentown, PA 18106** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Becky Schmitt**<br>**1327 Indiana Ave.**<br>**Sheboygan, WI 53081** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

6/12/20 10:17AM

| Debtor 1 | **Service Dogs by Warren Retrievers, Inc.** | | Case number (*if known*) | **20-60860** |
|---|---|---|---|---|
| | First Name      Middle Name      Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | **Benjamin & Erin McNabb** |
| | List the contract number of any government contract | | **1919 St. Andrews Ct.**<br>**Gilroy, CA 95020** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | **Berna Leyva** |
| | List the contract number of any government contract | | **817 W 8th St.**<br>**Liberal, KS 67901** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | **Beth & Brad Arthur** |
| | List the contract number of any government contract | | **20935 Storrs Road**<br>**Sackets Harbor, NY 13685** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Service dog contract** | |
|---|---|---|---|
| | State the term remaining | | **Brenda Erickson** |
| | List the contract number of any government contract | | **601 Fairview Ave**<br>**Pinehurst, ID 83850** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | **Brooke Cortez** |
| | List the contract number of any government contract | | **14314 Dusky Thrush**<br>**San Antonio, TX 78233** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | **Brooklyn Peters** |
| | List the contract number of any | | **104 Bffalo Muntain Lne**<br>**Unicoi, TN 37692** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

6/12/20 10:17AM

| Debtor 1 | Service Dogs by Warren Retrievers, Inc. | | | Case number (*if known*) | **20-60860** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Service dog contract | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Callie Thomas**<br>**123 County Road**<br>**Mount Pleasant, TX 75455** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Service Dog contract | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Cara Bernhardt**<br>**829 Sheared St**<br>**Roseville, CA 95678** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Carol Smith**<br>**701 West Seminary Street**<br>**Vevay, IN 47043** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Carrie Lafontaine**<br>**8310 Marquete Rd**<br>**Goodells, MI 48027** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Caryn Conn**<br>**1373 Cornelia Drive**<br>**Labelle, FL 33935** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract | **Casey Shumate**<br>**153 Hope Entrance Rd.**<br>**Fort Valley, GA 31030** |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

6/12/20 10:17AM

| Debtor 1 | **Service Dogs by Warren Retrievers, Inc.** | | Case number *(if known)* | **20-60860** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | _____ |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | _____ **Catherine Wilde** **103 Woods Run Circle** **Richlands, NC 28574** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | _____ **Chantil Lacey Lee** **2753 Ridge Heights** **New Braunfels, TX 78130** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | _____ **Christa Silva** **18 Calvins Way** **Sanford, ME 04073** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | _____ **Christie Carpenter** **6451 Mentor Park Blvd** **Mentor, OH 44060** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | _____ **Christina Rex** **53 Vista Barranca** **Rancho Santa Margarita, CA 92688** |

6/12/20 10:17AM

Debtor 1    **Service Dogs by Warren Retrievers, Inc.**                     Case number (*if known*)    **20-60860**
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract | |
|---|---|---|---|
| | State the term remaining | | Christina Turner |
| | List the contract number of any government contract | | 206 E 2nd St<br>Oilton, OK 74052 |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | Service Dog contract | |
|---|---|---|---|
| | State the term remaining | | Christopher Brady |
| | List the contract number of any government contract | | 109 Blue Mt Rd<br>Saugerties, NY 12477 |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract | |
|---|---|---|---|
| | State the term remaining | | Christy Cook |
| | List the contract number of any government contract | | 1616 Harris dr<br>Bartlesville, OK 74006 |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract | |
|---|---|---|---|
| | State the term remaining | | Christy Davis |
| | List the contract number of any government contract | | 851 Channing PL<br>Brandon, MS 39047 |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | srevice dog contract | |
|---|---|---|---|
| | State the term remaining | | Christy Palmer |
| | List the contract number of any government contract | | 1140 Angus Lane<br>York, PA 17408 |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract | |
|---|---|---|---|
| | State the term remaining | | Cindy Freed |
| | List the contract number of any | | 714 Danny Lane<br>O Fallon, MO 63366 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

6/12/20 10:17AM

| Debtor 1 | **Service Dogs by Warren Retrievers, Inc.** | | | Case number (*if known*) | **20-60860** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | |
|---|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Crystal James**<br>**6153 First St.**<br>**King George, VA 22485** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Crystal Philip**<br>**3904 Heritage rd**<br>**Cedar Falls, IA 50613** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Cynthia Ernsberger**<br>**531 Scarf St.**<br>**New Washington, OH 44854** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Cynthia Rivera Vega**<br>**133 N 10th St**<br>**Reading, PA 19601** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Danielle Bowling**<br>**405 River Chase Cove**<br>**Bluff City, TN 37618** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | | | **Danielle Hutchinson**<br>**29 Louis Lane**<br>**Plainfield, CT 06374** |

6/12/20 10:17AM

| Debtor 1 | **Service Dogs by Warren Retrievers, Inc.** | | Case number (*if known*) | **20-60860** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract                          _____

---

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** |
|---|---|---|

State the term remaining

List the contract number of any
government contract                          _____    **Deborah Maltinski**
**761 Anderson St**
**San Francisco, CA 94110**

---

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** |
|---|---|---|

State the term remaining

List the contract number of any
government contract                          _____    **Della Dyer**
**12613 High Country Dr**
**Bakersfield, CA 93312**

---

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** |
|---|---|---|

State the term remaining

List the contract number of any
government contract                          _____    **Doris Cordero**
**531 Lidgerwood Ave**
**Elizabeth, NJ 07202**

---

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** |
|---|---|---|

State the term remaining

List the contract number of any
government contract                          _____    **Elizabeth Thomas**
**98 Woodcreek Lane**
**Clayton, NC 27520**

---

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** |
|---|---|---|

State the term remaining

List the contract number of any
government contract                          _____    **Emilie Newman**
**14180 N 136th Ln**
**Surprise, AZ 85379**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

6/12/20 10:17AM

| Debtor 1 | **Service Dogs by Warren Retrievers, Inc.** | | | Case number *(if known)* | **20-60860** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | **Erin & Kim Bruce** |
| | List the contract number of any government contract | | **234 Mowat Crescent** |
| | | | **Saskatoon Saskatchewan S7L4Y2** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | **Erin Crumley** |
| | List the contract number of any government contract | | **2012 S Helena St #B** |
| | | | **Aurora, CO 80013** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | **Erin Krzysik** |
| | List the contract number of any government contract | | **3285 Kight rd** |
| | | | **Omer, MI 48749** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | **Erin Slattery** |
| | List the contract number of any government contract | | **1446 Monitor Way** |
| | | | **Indianapolis, IN 46234** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | **Erin Tufts** |
| | List the contract number of any government contract | | **708 MAPLE ST** |
| | | | **Manchester, NH 03104** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | **Gina Folco** |
| | List the contract number of any | | **67 Waterman ave** |
| | | | **North Providence, RI 02911** |

6/12/20 10:17AM

| Debtor 1 | **Service Dogs by Warren Retrievers, Inc.** | | Case number *(if known)* | **20-60860** |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| | government contract | | |
| **2.62.** | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
| | State the term remaining | | **Ginger Wells** |
| | List the contract number of any government contract | | **5410 Crany Creek Dr**<br>**Gloucester, VA 23061** |
| **2.63.** | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
| | State the term remaining | | **Gladys Gonzalez** |
| | List the contract number of any government contract | | **614 north 10th Street**<br>**Reading, PA 19604** |
| **2.64.** | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
| | State the term remaining | | **Hannah Frith** |
| | List the contract number of any government contract | | **126 E. Lorain St. Apt 2**<br>**Oberlin, OH 44074** |
| **2.65.** | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
| | State the term remaining | | **Heather Grantham** |
| | List the contract number of any government contract | | **861 Grantham RD**<br>**Doerun, GA 31744** |
| **2.66.** | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
| | State the term remaining | | **Heather Hoffman** |
| | List the contract number of any government contract | | **9922 Arnold Redford**<br>**Redford, MI 48239** |
| **2.67.** | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | **Heather Mosher**<br>**17 Mount Pleasant Street**<br>**Rockport, MA 01966** |

6/12/20 10:17AM

| Debtor 1 | **Service Dogs by Warren Retrievers, Inc.** | | | Case number *(if known)* | **20-60860** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining |  |
|---|---|---|
|  | List the contract number of any government contract |  |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **Heather Muhleka**<br>**9701 S 9th St**<br>**Bellevue, NE 68123** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **Heather O'Connor**<br>**5 Ramsdell Court**<br>**Gaithersburg, MD 20878** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **Heather Spurgeon**<br>**1389 S. Harriet St**<br>**Martinsville, IN 46151** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contracts** |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **Heather Woodward**<br>**1350 E Britian Ave**<br>**Benton Harbor, MI 49022** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **Heidi Moore**<br>**521 Front Street**<br>**Northumberland, PA 17857** |

6/12/20 10:17AM

| Debtor 1 | **Service Dogs by Warren Retrievers, Inc.** | Case number (*if known*) | **20-60860** |
|---|---|---|---|
| | First Name        Middle Name        Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | **Heidi Pritchett** |
| | List the contract number of any government contract | | **210 Choctaw drive**<br>**Montgomery, AL 36117** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | **Hollie Smith** |
| | List the contract number of any government contract | | **9108 Ridgely Dr**<br>**Lorton, VA 22079** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | **James Ellis** |
| | List the contract number of any government contract | | **1905 W Ben Air DR**<br>**Salt Lake City, UT 84129** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | **James Eppinette** |
| | List the contract number of any government contract | | **12 Barberry Cove**<br>**Cabot, AR 72023** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | **James Fortier** |
| | List the contract number of any government contract | | **5 Gerald Ave**<br>**Coventry, RI 02816** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | **Jamie Oberto** |
| | List the contract number of any | | **1311 Florence Ave**<br>**Waterford, MI 48328** |

6/12/20 10:17AM

| Debtor 1 | Service Dogs by Warren Retrievers, Inc. | | | Case number (*if known*) | **20-60860** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | government contract | |
|---|---|---|---|
| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
| | State the term remaining | | **Jane Tummonds** |
| | List the contract number of any government contract | | **300 Spruce Street, 106 Farmington, MN 55024** |
| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
| | State the term remaining | | **Janis Gavai** |
| | List the contract number of any government contract | | **1930 Haven Ln Dunkirk, MD 20754** |
| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
| | State the term remaining | | **Jean Christy** |
| | List the contract number of any government contract | | **124 Middle Road Southampton, MA 01073** |
| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
| | State the term remaining | | **Jeannie Rich** |
| | List the contract number of any government contract | | **80 Portola Way Apt 108 Tracy, CA 95376** |
| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
| | State the term remaining | | **Jeff Thompson** |
| | List the contract number of any government contract | | **808 Quailridge Rd #1 Bakersfield, CA 93309** |
| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | **Jeff Vincent 5215 Big Bow Ct Madison, WI 53711** |



6/12/20 10:17AM

| Debtor 1 | **Service Dogs by Warren Retrievers, Inc.** | | Case number *(if known)* | **20-60860** |
| | First Name | Middle Name        Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Jeffrey Pass**
**504 S. Everett High Rd**
**Maryville, TN 37804**

---

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Jennifer & Larry Croft**
**720338 SDRD20 Holland CENTRE**
**Ontario N0HIRO**

---

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Jennifer Rose**
**20522 Pembridge Ct**
**Sterling, VA 20165**

---

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Jennifer Smith**
**2903 Lacon St**
**Regina, SKS4N2A9 Canada**

---

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Jessica Sauceda**
**508 Goldfinch St**
**Central City, IA 52214**

---

6/12/20 10:17AM

| Debtor 1 | **Service Dogs by Warren Retrievers, Inc.** | | | Case number (*if known*) | **20-60860** |
|----------|---------|---------|---------|---------|---------|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | **Jill Allen** |
| | List the contract number of any government contract | | **47 High Rd** **Ashland, PA 17921** |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | **Jill Castaldo** |
| | List the contract number of any government contract | | **178 Mt Ave** **Hawthorne, NJ 07506** |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | **Jocie Bradford** |
| | List the contract number of any government contract | | **420 Bannock Street** **Fort Collins, CO 80524** |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | **Jody Hoffman** |
| | List the contract number of any government contract | | **12148 Maple Springs Dr. SE** **Alexandria, MN 56308** |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | **Joe & Chelsea LaClare** |
| | List the contract number of any government contract | | **3115 Castlewood Dr** **Loganville, GA 30052** |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | **John Denning** |
| | List the contract number of any | | **1001 5th St NE** **Minot, ND 58703** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

6/12/20 10:17AM

| Debtor 1 | Service Dogs by Warren Retrievers, Inc. | | Case number *(if known)* | 20-60860 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |
| **2.96.** State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** |
| State the term remaining | |
| List the contract number of any government contract | **Julie Jinkerson**<br>**5145 45th Ave N St**<br>**Saint Petersburg, FL 33709** |
| **2.97.** State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** |
| State the term remaining | |
| List the contract number of any government contract | **Katherine Collaros**<br>**531 SW Bailey Ter**<br>**Port Saint Lucie, FL 34953** |
| **2.98.** State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** |
| State the term remaining | |
| List the contract number of any government contract | **Katherine Vega**<br>**6149 Marimel Ct.**<br>**Mechanicsville, VA 23111** |
| **2.99.** State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** |
| State the term remaining | |
| List the contract number of any government contract | **Katie Telles Wagner**<br>**2225 Candy Tuft Ln.**<br>**Palmdale, CA 93551** |
| **2.100.** State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** |
| State the term remaining | |
| List the contract number of any government contract | **Katrina Xavier**<br>**480 Saratoga Ave**<br>**Grover Beach, CA 93433** |
| **2.101.** State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** |
| | **Kerry (Wardhaugh) Kennedy**<br>**44 Ripley Hill Rd**<br>**Barkhamsted, CT 06063** |

6/12/20 10:17AM

| Debtor 1 | **Service Dogs by Warren Retrievers, Inc.** | Case number *(if known)* | **20-60860** |
|---|---|---|---|
| | First Name       Middle Name       Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Kerry Myers**<br>**26196 Crown Valley Pkwy #215**<br>**Mission Viejo, CA 92692** |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Kiara Coleman**<br>**1454 Bangor Street SE #301**<br>**Washington, DC 20020** |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Kiely McKellar**<br>**1101 Freetown Rd**<br>**Vicksburg, MS 39183** |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | Service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Kim Gibson**<br>**11042 Llama Ct**<br>**Corona, CA 92883** |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | Service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Kimberly Bissett**<br>**2700 Francis Ct**<br>**Fredericksburg, VA 22408** |

6/12/20 10:17AM

| Debtor 1 | **Service Dogs by Warren Retrievers, Inc.** | | | Case number (*if known*) | **20-60860** |
| --- | --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kimberly Mason**<br>**2024 Sandaway Drive**<br>**Westminster, MD 21157** |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | service dog contracts | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kimberly Williams**<br>**428 Fieldstone Drive**<br>**Ringgold, GA 30736** |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kristen Alexa**<br>**6 Descheneaux Lane**<br>**Tyngsboro, MA 01879** |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kristin Borg**<br>**3216 W Oakellar Abe**<br>**Tampa, FL 33611** |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kristin Summers**<br>**9108 Ridgely Dr**<br>**Paragould, AR 72450** |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract | |
| | State the term remaining | | |
| | List the contract number of any | | **Kristina Arroyo**<br>**19 Brook Lane**<br>**Fayville, MA 01745** |

6/12/20 10:17AM

| Debtor 1 | **Service Dogs by Warren Retrievers, Inc.** | | Case number (*if known*) | **20-60860** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | |
|---|---|---|
| | government contract | |
| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Kristy Church**<br>**515 NE 4th Street**<br>**England, AR 72046** |
| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Krystyna Gruszka**<br>**868 Morefield Rd**<br>**Philadelphia, PA 19115** |
| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Kyle Powers**<br>**46 Jesse Dr**<br>**West Haven, CT 06516** |
| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **LaurieAnn Dyson**<br>**4941 Chaucer Avenue**<br>**San Diego, CA 92120** |
| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Lillia Flores**<br>**51 Hartwell Ave**<br>**Littleton, MA 01460** |
| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** |
| | | **Lindsey Dowling**<br>**3356 Daley Center Dr #1313**<br>**San Diego, CA 92123** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

6/12/20 10:17AM

| Debtor 1 | Service Dogs by Warren Retrievers, Inc. | | Case number (*if known*) | 20-60860 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | _____ |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Lisa Davis<br>6040 Mt. Liberty Rd<br>Centerburg, OH 43011 |

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Lisa Loring<br>12250 Sinnett Street<br>Huntley, IL 60142 |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Luke Palmisano<br>1319 Carroll Ave<br>Los Angeles, CA 90026 |

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Margaret NG<br>5 Vail Drive<br>Mountain Lakes, NJ 07046 |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Marisol Chaves<br>143 Kapok Crescent<br>West Palm Beach, FL 33411 |

| Official Form 206G | **Schedule G: Executory Contracts and Unexpired Leases** | Page 22 of 33 |
|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

6/12/20 10:17AM

| Debtor 1 | **Service Dogs by Warren Retrievers, Inc.** | | Case number (*if known*) | **20-60860** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.124.** State what the contract or lease is for and the nature of the debtor's interest — **service dog contract**

State the term remaining

List the contract number of any government contract

**Marlena Wood**
**7938 Bridgetown Rd**
**Cleves, OH 45002**

---

**2.125.** State what the contract or lease is for and the nature of the debtor's interest — **service dog contract**

State the term remaining

List the contract number of any government contract

**Mary Jones**
**5667 Samyer Road**
**Cincinnati, OH 45239**

---

**2.126.** State what the contract or lease is for and the nature of the debtor's interest — **service dog contract**

State the term remaining

List the contract number of any government contract

**Maryann Bowles**
**3220 Chandon Ct**
**Littleton, CO 80126**

---

**2.127.** State what the contract or lease is for and the nature of the debtor's interest — **service dog contract**

State the term remaining

List the contract number of any government contract

**Maureen Fiudo**
**853 Woodcove Ct**
**Chesterfield, MO 63017**

---

**2.128.** State what the contract or lease is for and the nature of the debtor's interest — **service dog contract**

State the term remaining

List the contract number of any government contract

**Meggan Laucher**
**1966 Country Club rd**
**Troutville, VA 24175**

---

**2.129.** State what the contract or lease is for and the nature of the debtor's interest — **service dog contract**

State the term remaining

List the contract number of any

**Melissa Irwin**
**271 East Cope Creek Rd**
**Sylva, NC 28779**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

6/12/20 10:17AM

| Debtor 1 | **Service Dogs by Warren Retrievers, Inc.** | | | Case number (*if known*) | **20-60860** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | government contract | |

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract | |
|---|---|---|---|
| | State the term remaining | | **Melissa Morgan** |
| | List the contract number of any government contract | | **PO Box2603** **Bakersfield, CA 93303** |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract | |
|---|---|---|---|
| | State the term remaining | | **Michaelynn Hanson** |
| | List the contract number of any government contract | | **27 Snowbird Lane** **Boones Mill, VA 24065** |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract | |
|---|---|---|---|
| | State the term remaining | | **Michelle Collis** |
| | List the contract number of any government contract | | **50 Meadowbrook Dr.** **Monroe, CT 06468** |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract | |
|---|---|---|---|
| | State the term remaining | | **Monique Cantrell** |
| | List the contract number of any government contract | | **444 Diablo Dr** **Travis AFB, CA 94535** |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract | |
|---|---|---|---|
| | State the term remaining | | **Morgon Olson** |
| | List the contract number of any government contract | | **501 South St W** **Deer Park, WI 54007** |

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract | **Nicole Behnke** **515 North Kilbourne Ave #4** **Tomah, WI 54660** |
|---|---|---|---|

6/12/20 10:17AM

| Debtor 1 | **Service Dogs by Warren Retrievers, Inc.** | | | Case number *(if known)* | **20-60860** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | _____ |

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Norman Maxwell**<br>**103 Stonefield Drive**<br>**Mount Juliet, TN 37122** |

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Patricia Cook**<br>**952B Willet Road**<br>**Columbia, SC 29206** |

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Penny Nagelhout**<br>**8325 E 124 th Street**<br>**Sand Lake, MI 49343** |

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Randi Bengston**<br>**1610 Avery Pl**<br>**Siloam Springs, AR 72761** |

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Rebecca Enriquez**<br>**7709 Hendon Way**<br>**Elk Grove, CA 95758** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

6/12/20 10:17AM

| Debtor 1 | **Service Dogs by Warren Retrievers, Inc.** | Case number *(if known)* | **20-60860** |
|---|---|---|---|
| | First Name          Middle Name          Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Rebecca Neidorf**<br>**5511 Calvin Avenue**<br>**Tarzana, CA 91356** |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Rebeccca Deters**<br>**11228 West River Rd**<br>**Champlin, MN 55316** |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Renee Bergin**<br>**1817 Creekwater Blvd**<br>**Port Orange, FL 32128** |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Robert King**<br>**3450 Wellington St**<br>**Norfolk, VA 23513** |

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Robert Reichman, MD**<br>**124 Grafton Ave**<br>**Alma, MI 48801** |

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | **service dog contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Romy Rothschild**<br>**26 Prospect Rd.**<br>**Livingston, NJ 07039** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

6/12/20 10:17AM

| Debtor 1 | **Service Dogs by Warren Retrievers, Inc.** | | | Case number *(if known)* | **20-60860** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Roxanne Daily**<br>**PO Box 117**<br>**Ash Flat, AR 72513** |

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Salina Batson**<br>**208 Chesser Way**<br>**Chelsea, AL 35043** |

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Sara Abby**<br>**405 Krieger Rd**<br>**Webster, NY 14580** |

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Sara Ulmer**<br>**1509 S.E Delaware Ave. Apt 11**<br>**Ankeny, IA 50021** |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Sarah Meadors**<br>**3126A E Valley Water Mill Rd**<br>**Springfield, MO 65803** |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | | **Scott & Jessica Clements**<br>**500 Starfire Ct**<br>**Oak Ridge, NC 27310** |

6/12/20 10:17AM

| Debtor 1 | **Service Dogs by Warren Retrievers, Inc.** | | | Case number *(if known)* | **20-60860** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.153. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Shane Witt**<br>**27 Clinton St.**<br>**Homer, NY 13077** |

| 2.154. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Shannon Dawson**<br>**3939 E Taro Lane**<br>**Phoenix, AZ 85050** |

| 2.155. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Shannon Hart**<br>**33612 Spring Brook Cir**<br>**Temecula, CA 92592** |

| 2.156. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Sharon Lim**<br>**861 Grantham RD**<br>**Castro Valley, CA 94546** |

| 2.157. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Shebby Dodd**<br>**3503 fm 556**<br>**Pittsburg, TX 75686** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

6/12/20 10:17AM

| Debtor 1 | **Service Dogs by Warren Retrievers, Inc.** | | Case number *(if known)* | **20-60860** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.158.** State what the contract or lease is for and the nature of the debtor's interest

     service dog contract

State the term remaining

List the contract number of any government contract

Sina Nov
2175 Kevin Ct
Chinese Camp, CA 95309

---

**2.159.** State what the contract or lease is for and the nature of the debtor's interest

     service dog contract

State the term remaining

List the contract number of any government contract

Stacy Falkers
S3191 Prairie Edge Rd
Westby, WI 54667

---

**2.160.** State what the contract or lease is for and the nature of the debtor's interest

     service dog contract

State the term remaining

List the contract number of any government contract

Stacy Tupper
1406 Cardinal St
Longwood, FL 32750

---

**2.161.** State what the contract or lease is for and the nature of the debtor's interest

     Service dog contract

State the term remaining

List the contract number of any government contract

Starla Willden
9635 Tustin
Idaho Falls, ID 83401

---

**2.162.** State what the contract or lease is for and the nature of the debtor's interest

     service dog contract

State the term remaining

List the contract number of any government contract

Stephanie Burt
1004 Chelsea Drive
Rockford, IL 61107

---

**2.163.** State what the contract or lease is for and the nature of the debtor's interest

     service dog contract

State the term remaining

List the contract number of any

Stephanie Harris
63835 North Johnson Rd
Bethesda, OH 43719

6/12/20 10:17AM

| Debtor 1 | **Service Dogs by Warren Retrievers, Inc.** | | Case number *(if known)* | **20-60860** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | government contract | |
|---|---|---|
| **2.164.** | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
| | State the term remaining | |
| | List the contract number of any government contract | **Stephanie Magner-Tripp**<br>**2340 W. Lake Ct**<br>**Oceanside, NY 11572** |
| **2.165.** | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
| | State the term remaining | |
| | List the contract number of any government contract | **Stephanie Mattes**<br>**14026 Savannah Spring Lake Rd**<br>**Savannah, NY 13146** |
| **2.166.** | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
| | State the term remaining | |
| | List the contract number of any government contract | **Tabitha Heit**<br>**9 Pinetree Place**<br>**Fort Washington, PA 19034** |
| **2.167.** | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
| | State the term remaining | |
| | List the contract number of any government contract | **Tanya  Donathan**<br>**1101 Finley Dr**<br>**Pound, VA 24279** |
| **2.168.** | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
| | State the term remaining | |
| | List the contract number of any government contract | **Tasha Berry**<br>**385 cr 1715**<br>**Jacksonville, TX 75766** |
| **2.169.** | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
| | | **Tierney Matthews**<br>**305 Gair Street**<br>**Piermont, NY 10968** |

6/12/20 10:17AM

| Debtor 1 | **Service Dogs by Warren Retrievers, Inc.** | | Case number (*if known*) | **20-60860** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

---

| **2.170.** | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | **Tiffany Warren** |
| | List the contract number of any government contract | **923 Rainbow Crescent** <br> **Kingston ONTARIO K7K7H7** |

---

| **2.171.** | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | **Tim Doyle** |
| | List the contract number of any government contract | **2027 Lockwood Lane** <br> **Feasterville Trevose, PA 19053** |

---

| **2.172.** | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | **Tim Long** |
| | List the contract number of any government contract | **511 Sunbrook** <br> **Grand Rapids, MI 49508** |

---

| **2.173.** | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | **Tina Rhoades** |
| | List the contract number of any government contract | **127 Wulff Ln** <br> **Lakeside, MT 59922** |

---

| **2.174.** | State what the contract or lease is for and the nature of the debtor's interest | service dog contract |
|---|---|---|
| | State the term remaining | **Traci Brown** |
| | List the contract number of any government contract | **6101 Ocean Jasper Dr** <br> **Bakersfield, CA 93313** |

---

6/12/20 10:17AM

| Debtor 1 | **Service Dogs by Warren Retrievers, Inc.** | | | Case number (*if known*) | **20-60860** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.175. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract | |
|---|---|---|---|
| | State the term remaining | | **Tracy Longo**<br>**1 Brier Rd.**<br>**Whitehouse Station, NJ 08889** |
| | List the contract number of any government contract | | |

| 2.176. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract | |
|---|---|---|---|
| | State the term remaining | | **Tray Tradewell**<br>**63A Seale Rd**<br>**Natchez, MS 39120** |
| | List the contract number of any government contract | | |

| 2.177. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract | |
|---|---|---|---|
| | State the term remaining | | **Valerie Holley**<br>**3219 Watergrass Road**<br>**Smithfield, NC 27577** |
| | List the contract number of any government contract | | |

| 2.178. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract | |
|---|---|---|---|
| | State the term remaining | | **Vanessa Avila**<br>**943 Woodrow Drive**<br>**Lewisville, TX 75067** |
| | List the contract number of any government contract | | |

| 2.179. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract | |
|---|---|---|---|
| | State the term remaining | | **Vanessa Dye**<br>**2223 Clarks Valley Road**<br>**Swords Creek, VA 24649** |
| | List the contract number of any government contract | | |

| 2.180. | State what the contract or lease is for and the nature of the debtor's interest | service dog contract | |
|---|---|---|---|
| | State the term remaining | | **Yolanda Schneiderman**<br>**6516 SW Terrace Dr**<br>**Cheney, WA 99004** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

6/12/20 10:17AM

| Debtor 1 | **Service Dogs by Warren Retrievers, Inc.** | | Case number (*if known*) | **20-60860** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

6/12/20 10:17AM

**Fill in this information to identify the case:**

Debtor name      **Service Dogs by Warren Retrievers, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF VIRGINIA

Case number (if known)    **20-60860**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

---

**Fill in this information to identify the case:**

Debtor name     **Service Dogs by Warren Retrievers, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF VIRGINIA

Case number (if known)   **20-60860**

☐ Check if this is an
   amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

### Part 1:   Income

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$219,000.00** |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$980,000.00** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$1,300,000.00** |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

6/12/20 10:17AM

| Debtor | Service Dogs by Warren Retrievers, Inc. | Case number *(if known)* | 20-60860 |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Commonwealth of Virginia v. Service Dogs by Warren Retrievers, Inc. f/k/a Guardian Angel Service Dogs, Inc. | Civil | Circuit Court for Madison County 2 S Main St. Madison, VA 22727 | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

6/12/20 10:17AM

Debtor    **Service Dogs by Warren Retrievers, Inc.**                    Case number *(if known)*  **20-60860**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **Stephen E. Dunn**<br>**201 Enterprise Drive**<br>**Forest, VA 24551** | | **5/2020** | **$4,500.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1.   **Cheri Campbell**<br>**unknown** | **10 Ft stark trailer** | **5/20/2020** | **$500.00** |
| **Relationship to debtor**<br>**none** | | | |
| 13.2.   **Cheri Campbell**<br>**unknown** | **20 Ft Jackson Creek trailer** | **5/20/20** | **$2,500.00** |
| **Relationship to debtor**<br>**none** | | | |

---

6/12/20 10:17AM

Debtor    **Service Dogs by Warren Retrievers, Inc.**                    Case number *(if known)*  **20-60860**

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.3. | **Joseph & Erin Cook** **8167 Rozell Road** **Woodford, VA 22580** | **2004 Outback travel trailer** | **2/27/20** | **$5,500.00** |
| | **Relationship to debtor** **none** | | | |
| 13.4. | **Karen Campbell** **206 Knight Dr** **White Post, VA 22663** | **20 Ft Jackson Creek Trailer** | **5/16/20** | **$5,000.00** |
| | **Relationship to debtor** **none** | | | |

### Part 7:    Previous Locations

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

| Debtor | Service Dogs by Warren Retrievers, Inc. | Case number *(if known)* | 20-60860 |
| --- | --- | --- | --- |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

6/12/20 10:17AM

| Debtor | Service Dogs by Warren Retrievers, Inc. | Case number *(if known)* | 20-60860 |
|---|---|---|---|

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  Service Dogs by Warren Retrievers<br>PO Box 647<br>Madison, VA 22727 | non- profit, 501C3- service dogs | EIN:  27-3778997<br><br>From-To  2009-5/29/2020 |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  Frank E. Jenkins, CPA<br>231 Wylderose Drive<br>Midlothian, VA 23113 | 2009-5/29/2020 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Frank E. Jenkins, CPA<br>231 Wylderose Drive<br>Midlothian, VA 23113 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

6/12/20 10:17AM

| Debtor | **Service Dogs by Warren Retrievers, Inc.** | Case number *(if known)* **20-60860** |
|---|---|---|

Name and address

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Charles D. Warren, Jr | PO Box 647 Madison, VA 22727 | President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jacob M. Dudek-Warren | PO Box 647 Madison, VA 22727 | Vice President | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

Debtor  **Service Dogs by Warren Retrievers, Inc.**                            Case number *(if known)*  **20-60860**

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 29, 2020**

**/s/ Charles D. Warren, Jr.**                                    **Charles D. Warren, Jr.**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

6/12/20 10:17AM

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Virginia

In re    **Service Dogs by Warren Retrievers, Inc.**        Case No.    **20-60860**
_____
                                  Debtor(s)             Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept .................................................. $      **4,165.00**

     Prior to the filing of this statement I have received .................................... $      **4,165.00**

     Balance Due ............................................................................................ $      **0.00**

2.   $ **335.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor     ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor     ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
          **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
          **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 29, 2020**                              **/s/ Stephen E. Dunn**
_____              _____
*Date*                                      **Stephen E. Dunn 26355**
                                            *Signature of Attorney*
                                            **Stephen E. Dunn, PLLC**
                                            **201 Enterprise Drive**
                                            **Suite A**
                                            **Forest, VA 24551**
                                            **434-385-4850  Fax: 434-385-8868**
                                            **stephen@stephendunn-pllc.com;**
                                            **michelle@stephendunn-pllc.com**
                                            *Name of law firm*

6/12/20 10:17AM

# United States Bankruptcy Court
## Western District of Virginia

In re    __Service Dogs by Warren Retrievers, Inc.__                              Case No.    __20-60860__
                                                    Debtor(s)                     Chapter    __7__

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __May 29, 2020__                              __/s/ Charles D. Warren, Jr.__
                                                    __Charles D. Warren, Jr./President__
                                                    Signer/Title

ABBY WATKINS
4712 POLAND DR
DAYTON, OH 45440

ANDRE' PAIXAO
407 MIRAMAR BLVD
LITTLE ROCK, AR 72223

AUDRA AND PETER SKIPPER
193 KIRBY ROAD
TRANSYLVANIA, LA 71286

.

ABIGALE ROYER
2790 EARLY STOWN RD. APT 2
CENTRE HALL, PA 16828

ANDREA FULLER
1832 NW 172ND ST
EDMOND, OK 73012

AUTHORIZE.NET
PO BOX 947
AMERICAN FORK, UT 84003

ADAM CORBETT
8618 96ST GRANDE PRAIRIE
ALBERTA T8V3C9

ANGELA BARBER
1715 GREENWOOD PLACE
OWATONNA, MN 55060

AZELIA LOPEZ
760 FETTERS LN
ALLENTOWN, PA 18106

ALEXA TOMASELLO
30 JUDYS CT
HAMMONTON, NJ 08037

ANGELA SANDERS
5328 NORTH ALBURNETT ROAD
CENTRAL CITY, IA 52214

BB&T
PO BOX 580340
CHARLOTTE, NC 28258-0340

ALLESSIA MATTIOLI
5 AUTUMN RIDGE DR.
GLASSBORO, NJ 08028

ANN GREIN
628 S. MORAINE
VALDEZ, AK 99686

BECKY SCHMITT
1327 INDIANA AVE.
SHEBOYGAN, WI 53081

ALYSSA & MARK BURKHART
7774 ROSEMONT DRIVE
BROWNSBURG, IN 46112

ANNA HERNANDEZ
3219 WATERGRASS ROAD
BAKERSFIELD, CA 93306

BENJAMIN & ERIN MCNABB
1919 ST. ANDREWS CT.
GILROY, CA 95020

AMANDA MULLINS
12337 WYNNFIELD LAKES DR., APT 212
JACKSONVILLE, FL 32246

ANSWER 1, LLC
PO BOX 62763
PHOENIX, AZ 85082-2763

BERNA LEYVA
817 W 8TH ST.
LIBERAL, KS 67901

AMANDA WEDDINGTON
3015 BLUESKY LOOP
JEFFERSONVILLE, IN 47130

ANTOINETTE SHOOK
8250 N. GRAND CANYON DR
UNIT 1025
LAS VEGAS, NV 89166

BETH & BRAD ARTHUR
20935 STORRS ROAD
SACKETS HARBOR, NY 13685

AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ 07101-1270

ASHLEY KUECHENBERG
525 N. CLARK ST
MAYVILLE, WI 53050

BRENDA ERICKSON
601 FAIRVIEW AVE
PINEHURST, ID 83850

AMIE CARFAGNA
15517 MOSSY RIDGE LANE
LITHIA, FL 33547

ASHLYN RHODES
169 JOHNSON DRIVE
CANTON, GA 30115

BROOKE CORTEZ
14314 DUSKY THRUSH
SAN ANTONIO, TX 78233

Service Dogs by Warren Retrievers, I

BROOKLYN PETERS
104 BFFALO MOUNTAIN LNE
UNICOI, TN 37692

CHRISTA SILVA
18 CALVINS WAY
SANFORD, ME 04073

CRYSTAL JAMES
6153 FIRST ST.
KING GEORGE, VA 22485

CALLIE THOMAS
123 COUNTY ROAD
MOUNT PLEASANT, TX 75455

CHRISTIE CARPENTER
6451 MENTOR PARK BLVD
MENTOR, OH 44060

CRYSTAL PHILIP
3904 HERITAGE RD
CEDAR FALLS, IA 50613

CARA BERNHARDT
829 SHEARED ST
ROSEVILLE, CA 95678

CHRISTINA REX
53 VISTA BARRANCA
RANCHO SANTA MARGARITA, CA 92688

CYNTHIA ERNSBERGER
531 SCARF ST.
NEW WASHINGTON, OH 44854

CAROL SMITH
701 WEST SEMINARY STREET
VEVAY, IN 47043

CHRISTINA TURNER
206 E 2ND ST
OILTON, OK 74052

CYNTHIA RIVERA VEGA
133 N 10TH ST
READING, PA 19601

CARRIE LAFONTAINE
8310 MARQUETE RD
GOODELLS, MI 48027

CHRISTOPHER BRADY
109 BLUE MT RD
SAUGERTIES, NY 12477

DANIELLE BOWLING
405 RIVER CHASE COVE
BLUFF CITY, TN 37618

CARYN CONN
1373 CORNELIA DRIVE
LABELLE, FL 33935

CHRISTY COOK
1616 HARRIS DR
BARTLESVILLE, OK 74006

DANIELLE HUTCHINSON
29 LOUIS LANE
PLAINFIELD, CT 06374

CASEY SHUMATE
153 HOPE ENTRANCE RD.
FORT VALLEY, GA 31030

CHRISTY DAVIS
851 CHANNING PL
BRANDON, MS 39047

DEBORAH MALTINSKI
761 ANDERSON ST
SAN FRANCISCO, CA 94110

CATHERINE WILDE
103 WOODS RUN CIRCLE
RICHLANDS, NC 28574

CHRISTY PALMER
1140 ANGUS LANE
YORK, PA 17408

DELLA DYER
12613 HIGH COUNTRY DR
BAKERSFIELD, CA 93312

CHANTIL LACEY LEE
2753 RIDGE HEIGHTS
NEW BRAUNFELS, TX 78130

CINDY FREED
714 DANNY LANE
O FALLON, MO 63366

DONOR DRIVE
30 BRAINTREE HILL OFFICE PAR
STE 303
BRAINTREE, MA 02184

CHASE CARDMEMBER SERVICES
PO BOX1423
CHARLOTTE, NC 28201-1423

CONVERSION PIPELINE, LLC
4501 DAY DR., #312
CHANTILLY, VA 20151

DORIS CORDERO
531 LIDGERWOOD AVE
ELIZABETH, NJ 07202

ELIZABETH THOMAS
98 WOODCREEK LANE
CLAYTON, NC 27520

GINGER WELLS
5410 CRANY CREEK DR
GLOUCESTER, VA 23061

HEATHER WOODWARD
1350 E BRITIAN AVE
BENTON HARBOR, MI 49022

EMILIE NEWMAN
14180 N 136TH LN
SURPRISE, AZ 85379

GLADYS GONZALEZ
614 NORTH 10TH SREET
READING, PA 19604

HEIDI MOORE
521 FRONT STREET
NORTHUMBERLAND, PA 17857

ERIN & KIM BRUCE
234 MOWAT CRESCENT
SASKATOON SASKATCHEWAN S7L4Y2

GLEN F. KOONTZ, ESQ
4 BARNETT STREET
BERRYVILLE, VA 22611

HEIDI PRITCHETT
210 CHOCTAW DRIVE
MONTGOMERY, AL 36117

ERIN CRUMLEY
2012 S HELENA ST #B
AURORA, CO 80013

HANNAH FRITH
126 E. LORAIN ST. APT 2
OBERLIN, OH 44074

HOLLIE SMITH
9108 RIDGELY DR
LORTON, VA 22079

ERIN KRZYSIK
3285 KIGHT RD
OMER, MI 48749

HEATHER GRANTHAM
861 GRANTHAM RD
DOERUN, GA 31744

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

ERIN SLATTERY
1446 MONITOR WAY
INDIANAPOLIS, IN 46234

HEATHER HOFFMAN
9922 ARNOLD REDFORD
REDFORD, MI 48239

JAMES ELLIS
1905 W BEN AIR DR
SALT LAKE CITY, UT 84129

ERIN TUFTS
708 MAPLE ST
MANCHESTER, NH 03104

HEATHER MOSHER
17 MOUNT PLEASANT STREET
ROCKPORT, MA 01966

JAMES EPPINETTE
12 BARBERRY COVE
CABOT, AR 72023

FEDEX
PO BOX 371461
PITTSBURGH, PA 15250

HEATHER MUHLEKA
9701 S 9TH ST
BELLEVUE, NE 68123

JAMES FORTIER
5 GERALD AVE
COVENTRY, RI 02816

FRANK E. JENKINS, CPA
231 WYLDEROSE DRIVE
MIDLOTHIAN, VA 23113

HEATHER O'CONNOR
5 RAMSDELL COURT
GAITHERSBURG, MD 20878

JAMIE OBERTO
1311 FLORENCE AVE
WATERFORD, MI 48328

GINA FOLCO
67 WATERMAN AVE
NORTH PROVIDENCE, RI 02911

HEATHER SPURGEON
1389 S. HARRIET ST
MARTINSVILLE, IN 46151

JANE TUMMONDS
300 SPRUCE STREET, 106
FARMINGTON, MN 55024

Service Dogs by Warren Retrievers, I

JANIS GAVAI
1930 HAVEN LN
DUNKIRK, MD 20754

JILL ALLEN
47 HIGH RD
ASHLAND, PA 17921

KATRINA XAVIER
480 SARATOGA AVE
GROVER BEACH, CA 93433

JEAN CHRISTY
124 MIDDLE ROAD
SOUTHAMPTON, MA 01073

JILL CASTALDO
178 MT AVE
HAWTHORNE, NJ 07506

KERRY (WARDHAUGH) KENNEDY
44 RIPLEY HILL RD
BARKHAMSTED, CT 06063

JEANNIE RICH
80 PORTOLA WAY APT 108
TRACY, CA 95376

JOCIE BRADFORD
420 BANNOCK STREET
FORT COLLINS, CO 80524

KERRY MYERS
26196 CROWN VALLEY PKWY #21
MISSION VIEJO, CA 92692

JEFF THOMPSON
808 QUAILRIDGE RD #1
BAKERSFIELD, CA 93309

JODY HOFFMAN
12148 MAPLE SPRINGS DR. SE
ALEXANDRIA, MN 56308

KIARA COLEMAN
1454 BANGOR STREET SE #301
WASHINGTON, DC 20020

JEFF VINCENT
5215 BIG BOW CT
MADISON, WI 53711

JOE & CHELSEA LACLARE
3115 CASTLEWOOD DR
LOGANVILLE, GA 30052

KIELY MCKELLAR
1101 FREETOWN RD
VICKSBURG, MS 39183

JEFFREY PASS
504 S. EVERETT HIGH RD
MARYVILLE, TN 37804

JOHN DENNING
1001 5TH ST NE
MINOT, ND 58703

KIM GIBSON
11042 LLAMA CT
CORONA, CA 92883

JENNIFER & LARRY CROFT
720338 SDRD20 HOLLAND CENTRE
ONTARIO N0HIRO

JULIE JINKERSON
5145 45TH AVE N ST
SAINT PETERSBURG, FL 33709

KIMBERLY BISSETT
2700 FRANCIS CT
FREDERICKSBURG, VA 22408

JENNIFER ROSE
20522 PEMBRIDGE CT
STERLING, VA 20165

KATHERINE COLLAROS
531 SW BAILEY TER
PORT SAINT LUCIE, FL 34953

KIMBERLY MASON
2024 SANDAWAY DRIVE
WESTMINSTER, MD 21157

JENNIFER SMITH
2903 LACON ST
REGINA, SKS4N2A9 CANADA

KATHERINE VEGA
6149 MARIMEL CT.
MECHANICSVILLE, VA 23111

KIMBERLY WILLIAMS
428 FIELDSTONE DRIVE
RINGGOLD, GA 30736

JESSICA SAUCEDA
508 GOLDFINCH ST
CENTRAL CITY, IA 52214

KATIE TELLES WAGNER
2225 CANDY TUFT LN.
PALMDALE, CA 93551

KRISTEN ALEXA
6 DESCHENEAUX LANE
TYNGSBORO, MA 01879

Service Dogs by Warren Retrievers, I

KRISTIN BORG
3216 W OAKELLAR ABE
TAMPA, FL 33611

LISA LORING
12250 SINNETT STREET
HUNTLEY, IL 60142

MELISSA IRWIN
271 EAST COPE CREEK RD
SYLVA, NC 28779

KRISTIN SUMMERS
9108 RIDGELY DR
PARAGOULD, AR 72450

LUKE PALMISANO
1319 CARROLL AVE
LOS ANGELES, CA 90026

MELISSA MORGAN
PO BOX2603
BAKERSFIELD, CA 93303

KRISTINA ARROYO
19 BROOK LANE
FAYVILLE, MA 01745

MARGARET NG
5 VAIL DRIVE
MOUNTAIN LAKES, NJ 07046

MICHAELYNN HANSON
27 SNOWBIRD LANE
BOONES MILL, VA 24065

KRISTY CHURCH
515 NE 4TH STREET
ENGLAND, AR 72046

MARISOL CHAVES
143 KAPOK CRESCENT
WEST PALM BEACH, FL 33411

MICHELLE COLLIS
50 MEADOWBROOK DR.
MONROE, CT 06468

KRYSTYNA GRUSZKA
868 MOREFIELD RD
PHILADELPHIA, PA 19115

MARK PAULLIN, ESQ
575-A SOUTHLAKE BLVD
RICHMOND, VA 23236

MONIQUE CANTRELL
444 DIABLO DR
TRAVIS AFB, CA 94535

KYLE POWERS
46 JESSE DR
WEST HAVEN, CT 06516

MARLENA WOOD
7938 BRIDGETOWN RD
CLEVES, OH 45002

MORGON OLSON
501 SOUTH ST W
DEER PARK, WI 54007

LAURIEANN DYSON
4941 CHAUCER AVENUE
SAN DIEGO, CA 92120

MARY JONES
5667 SAMYER ROAD
CINCINNATI, OH 45239

NICOLE BEHNKE
515 NORTH KILBOURNE AVE #4
TOMAH, WI 54660

LILLIA FLORES
51 HARTWELL AVE
LITTLETON, MA 01460

MARYANN BOWLES
3220 CHANDON CT
LITTLETON, CO 80126

NORMAN MAXWELL
103 STONEFIELD DRIVE
MOUNT JULIET, TN 37122

LINDSEY DOWLING
3356 DALEY CENTER DR #1313
SAN DIEGO, CA 92123

MAUREEN FIUDO
853 WOODCOVE CT
CHESTERFIELD, MO 63017

OFFICE OF THE ATTORNEY GEN
MARK R. HERRING, ATTORNEY G
202 NORTH 9TH ST
RICHMOND, VA 23219

LISA DAVIS
6040 MT. LIBERTY RD
CENTERBURG, OH 43011

MEGGAN LAUCHER
1966 COUNTRY CLUB RD
TROUTVILLE, VA 24175

PATRICIA COOK
952B WILLET ROAD
COLUMBIA, SC 29206

PENNY NAGELHOUT
8325 E 124 TH STREET
SAND LAKE, MI 49343

SAFELITE AUTO GLASS
PO BOX 633197
CINCINNATI, OH 45263-3197

SHEBBY DODD
3503 FM 556
PITTSBURG, TX 75686

RANDI BENGSTON
1610 AVERY PL
SILOAM SPRINGS, AR 72761

SALINA BATSON
208 CHESSER WAY
CHELSEA, AL 35043

SINA NOV
2175 KEVIN CT
CHINESE CAMP, CA 95309

REBECCA ENRIQUEZ
7709 HENDON WAY
ELK GROVE, CA 95758

SARA ABBY
405 KRIEGER RD
WEBSTER, NY 14580

SPOTTS FAIN
PO BOX 1555
RICHMOND, VA 23218

REBECCA NEIDORF
5511 CALVIN AVENUE
TARZANA, CA 91356

SARA ULMER
1509 S.E DELAWARE AVE. APT 11
ANKENY, IA 50021

STACY FALKERS
S3191 PRAIRIE EDGE RD
WESTBY, WI 54667

REBECCCA DETERS
11228 WEST RIVER RD
CHAMPLIN, MN 55316

SARAH MEADORS
3126A E VALLEY WATER MILL RD
SPRINGFIELD, MO 65803

STACY TUPPER
1406 CARDINAL ST
LONGWOOD, FL 32750

RENEE BERGIN
1817 CREEKWATER BLVD
PORT ORANGE, FL 32128

SCOTT & JESSICA CLEMENTS
500 STARFIRE CT
OAK RIDGE, NC 27310

STARLA WILLDEN
9635 TUSTIN
IDAHO FALLS, ID 83401

ROBERT KING
3450 WELLINGTON ST
NORFOLK, VA 23513

SHANE WITT
27 CLINTON ST.
HOMER, NY 13077

STEPHANIE BURT
1004 CHELSEA DRIVE
ROCKFORD, IL 61107

ROBERT REICHMAN, MD
124 GRAFTON AVE
ALMA, MI 48801

SHANNON DAWSON
3939 E TARO LANE
PHOENIX, AZ 85050

STEPHANIE HARRIS
63835 NORTH JOHNSON RD
BETHESDA, OH 43719

ROMY ROTHSCHILD
26 PROSPECT RD.
LIVINGSTON, NJ 07039

SHANNON HART
33612 SPRING BROOK CIR
TEMECULA, CA 92592

STEPHANIE MAGNER-TRIPP
2340 W. LAKE CT
OCEANSIDE, NY 11572

ROXANNE DAILY
PO BOX 117
ASH FLAT, AR 72513

SHARON LIM
861 GRANTHAM RD
CASTRO VALLEY, CA 94546

STEPHANIE MATTES
14026 SAVANNAH SPRING LAKE R
SAVANNAH, NY 13146

TABITHA HEIT
9 PINETREE PLACE
FORT WASHINGTON, PA 19034

TRAY TRADEWELL
63A SEALE RD
NATCHEZ, MS 39120

Service Dogs by Warren Retrievers, I

YOLANDA SCHNEIDERMAN
6516 SW TERRACE DR
CHENEY, WA 99004

TANYA   DONATHAN
1101 FINLEY DR
POUND, VA 24279

TREASURER OF MADISON CNTY
PO BOX 309
MADISON, VA 22727

TASHA BERRY
385 CR 1715
JACKSONVILLE, TX 75766

TREASURER OF MADISON COUNTY
PO BOX 309
MADISON, VA 22727

TIERNEY MATTHEWS
305 GAIR STREET
PIERMONT, NY 10968

VALERIE HOLLEY
3219 WATERGRASS ROAD
SMITHFIELD, NC 27577

TIFFANY WARREN
923 RAINBOW CRESCENT
KINGSTON ONTARIO K7K7H7

VANESSA AVILA
943 WOODROW DRIVE
LEWISVILLE, TX 75067

TIM DOYLE
2027 LOCKWOOD LANE
FEASTERVILLE TREVOSE, PA 19053

VANESSA DYE
2223 CLARKS VALLEY ROAD
SWORDS CREEK, VA 24649

TIM LONG
511 SUNBROOK
GRAND RAPIDS, MI 49508

VIRGINIA DEPARTMENT OF TAXATION
PO BOX 2156
RICHMOND, VA 23219

TINA   RHOADES
127 WULFF LN
LAKESIDE, MT 59922

WELLS FARGO
PO BOX 29704
PHOENIX, AZ 85038

TRACI BROWN
6101 OCEAN JASPER DR
BAKERSFIELD, CA 93313

WELLS FARGO BUSINESS CARD
PO BOX 77033
MINNEAPOLIS, MN 55480

TRACY LONGO
1 BRIER RD.
WHITEHOUSE STATION, NJ 08889

WEX BANK
PO BOX 6293
CAROL STREAM, IL 60197

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

In re:                                                              Chapter <u>7</u>
**Service Dogs by Warren Retrievers, Inc.**

                                                    Case No.  **20-60860**

  **Debtor(s).**

## CERTIFICATION REGARDING BALANCE OF SCHEDULES

On  **6/12/2020**       the Debtor(s) filed the balance of schedules pursuant to FRBP 1007(c) and Local Rule 1007-1.
I have reviewed the balance of schedules and certify that (check the applicable box below):

☑         These schedules do not list any creditors or parties not listed on the matrix originally filed with
the petition in this case.

☐         These schedules do list creditors who are not contained on the original matrix filed with the
petition, and

           I have filed a notice of amendment to debtor's schedules of creditors and /or matrix to add these
           creditors to the matrix; and

           I have paid the filing fee to add these creditors to the matrix; and

           I have sent a copy of the Notice of Bankruptcy and 341 Meeting to these creditors.  The names
           and method of service are described as follows (add extra pages if necessary):

**Creditor Name**                                                  **Method of Service**

I hereby certify that the foregoing is true and correct.

Date:  **June 12, 2020**                                    /s/ Stephen E. Dunn
       _____            _____
                                            **Stephen E. Dunn 26355**
                                            Counsel for Debtor(s)
I hereby certify under penalty of perjury that the foregoing is true and correct

_____          _____
                                            Joint Debtor (if applicable)
Debtor (if applicable)