**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division**

| | |
|---|---|
| **In re:**<br><br>**SERVICE DOGS BY WARREN RETRIEVERS, INC.,**<br><br>Debtor. | Case No. 20-60860-RBC<br>Chapter 7 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 13, 2021, true and complete copies of the following documents were served by (i) this Court's CM/ECF System on all registered ECF participants who have entered an appearance in the above-captioned bankruptcy case; (ii) first class U.S. mail, postage prepaid on the parties listed on **Exhibit A** attached hereto (and by facsimile and/or e-mail, where indicated); and (iii) *as to the Omnibus Notice of Hearing and Opportunity to Object to Global Resolution Motions only*, first class U.S. mail, postage prepaid, on the parties listed on **Exhibit B** attached hereto.

1. *Amended Motion for Authority to Accept a Settlement Pursuant to Federal Rule of Bankruptcy Procedure 9019(A) and for Related Relief* [Docket No. 106], including all exhibits thereto;

2. *Chapter 7 Trustee's Motion for (I) Authority to Sell Property of the Estate at Private Sale Free and Clear of All Liens, Claims, Rights, and Interests; (II)*

---

Robert S. Westermann (VSB No. 43294)
Kristen E. Burgers (VSB No. 67997)
Brittany Falabella (VSB No. 80131)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone: 804.771.9500
Facsimile:  804.644.0957
E-mail:           rwestermann@hirschlerlaw.com
                      kburgers@hirschlerlaw.com
                      bfalabella@hirschlerlaw.com

*Counsel for W. Stephen Scott, Chapter 7 Trustee
for the Bankruptcy Estate of Service Dogs by Warren Retrievers, Inc.*

  *Authority Related to Closing and Distribution of Sale Proceeds; and (III) Related Relief* [Docket No. 103], including all exhibits thereto;

3.  *Motion for (I) Authority to Accept a Settlement Pursuant to Federal Rule of Bankruptcy Procedure 9019(A); (II) Final Allowance and Authorization of Payment of Compensation to Trustee's Special Counsel; and (III) Related Relief* [Docket No. 105], including all exhibits thereto; and

4.  *Omnibus Notice of Hearing and Opportunity to Object to Global Resolution Motions* [Docket No. 107].

Dated: May 13, 2020        Respectfully submitted,

               */s/ Robert S. Westermann*
               Robert S. Westermann (VSB No. 43294)
               Kristen E. Burgers (VSB No. 67997)
               Brittany B. Falabella (VSB No. 80131)
               HIRSCHLER FLEISCHER, PC
               The Edgeworth Building
               2100 East Cary Street
               Post Office Box 500
               Richmond, Virginia 23218-0500
               Telephone: 804.771.9500
               Facsimile: 804.644.0957
               E-mail: rwestermann@hirschlerlaw.com
                  kburgers@hirschlerlaw.com
                  bfalabella@hirschlerlaw.com

               *Counsel for W. Stephen Scott, Chapter 7 Trustee of the Estate of Service Dogs by Warren Retrievers, Inc.*

## **Exhibit A**

### **(First Class Mail Service List – All Pleadings)**

W. Joel Charboneau, Esq.
Office of the United States Trustee
201 First Street, S.W., Suite 505
Roanoke, VA 24011

Wyatt B. Durrette, Esq.
Kevin J. Funk, Esq.
Durrette Arkema Gerson & Gill
1111 East Main Street, Floor 16
Richmond, VA 23219

Robert Chappell, Esq.
Spotts Fain, PC
411 East Franklin Street, Suite 600
Richmond, VA 23219

Stephen E. Dunn
Stephen E. Dunn, Esq.
201 Enterprise Drive, Suite A
Forest, VA 24551

W. Stephen Scott, Esq.
P.O. Box 1312
Charlottesville, VA 22902

Bordeaux Farms, LLC
c/o Charles D. Warren, Jr., Registered Agent
1543 Beahm Town Road
Culpeper, VA 22701

Philip Chung
Dan Press
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, VA 22101

Andrew M. Williamson
A. Williamson, LLC
12410 Milestone Center Dr.
#600
Germantown, MD 20876

Office of the Attorney General
c/o Mark R. Herring
202 North 9th Street
Richmond, VA 23219

Commonwealth of Virginia
Office of the Attorney General
202 North 9th Street
Consumer Protection Section
Richmond, VA 23219

Treasurer of Madison County
P.O. Box 309
Madison, VA 22727

Virginia Dept. of Taxation
P.O. Box 2156
Richmond, VA 23218

Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Robby Braxton
Internal Revenue Service
Federal Building
400 N 8th Street
Richmond, VA 23219

Sallie Schall
Internal Revenue Service
Federal Building
400 N 8th Street
Richmond, VA 23219

*Pleadings also sent by e-mail and facsimile:*
Robert.J.Braxton@irscounsel.treas.gov
E-Fax: 855-651-8958

*Pleadings also sent by facsimile:*
Fax-804-916-8198

Kieran O. Carter, Esq.  
U.S. Department of Justice  
Justice Management Division  
950 Pennsylvania Avenue, NW  
Room 1111  
Washington, DC 20530

Alexander Kalyniuk, Esq.  
U.S. Department of Justice  
Tax Division  
555 4th Street, NW  
Washington, DC 20001

## Exhibit B

**(First Class Mail Service List – Omnibus Notice Only)**

Abby Watkins
4712 Poland Dr.
Dayton, OH 45440

U.S. Bankruptcy Court
Lynchburg Division
1101 Court Street
Room 166
Lynchburg, VA 24504

Service Dogs by Warren Retrievers, Inc.
P.O. Box 647
Madison, VA 22727

Adam Corbett
8618 96ST Grande Prairie
Alberta T8V3C9

Abby Watkins
5599 Oakshire Circle
Kettering, OH 45440

405 Krieger RD
405 Krieger Rd.
Webster, NY 14580

Alyssa & Mark Burkhart
7774 Rosemont Dr.
Brownsburg, IN 46112

Alexa Tomasello
59 Trent Rd.
Turnersville, NJ 08012

Abigale Royer
2790 Early Stown Rd.
Apt. 2
Centre Hall, PA 16828

American Express
P.O. Box 1270
Newark, NJ 07101

Amanda Craparotta
42 Stonegate Dr.
Eastampton, NJ 08060

Alessia Mattioli
5 Autumn Ridge Dr.
Glassboro, NJ 08028

Andre' Paixao
407 Miramar Blvd.
Little Rock, AR 72223

American Express National Bank
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355

Amanda Weddington
3015 Bluesky Loop
Jeffersonville, IN 47130

Angela Barber
1715 Greenwood Place
Owatonna, MN 55060

Andrea Fuller
1832 NW 172nd St.
Edmond, OK 73012

Amie Carfagna
15517 Mossy Ridge Lane
Lithia, FL 33547

Anna Hernandez
3219 Watergrass Road
Bakersfield, CA 93306

Angela Sanders
5328 North Alburnett Road
Central City, IA 52214

Ann Grein
628 S. Moraine
Valdez, AK 99686

Ashley Kuechenberg
525 N. Clark St.
Mayville, WI 53050

Answer 1, LLC
P.O. Box 62763
Phoenix, AX 85082

Antoinette Shook
8250 N. Grand Canyon Dr.
Unit 1025
Las Vegas, NV 89166

Authorize.net
P.O. Box 947
American Fork, UT 84003

Ashlyn Rhodes
169 Johnson Drive
Canton, GA 30115

Audra & Peter Skipper
193 Kirby Road
Transylvania, LA 71286

Becky Schmitt
1327 Indiana Ave.
Sheboygan, WI 53081

Azelia Lopez
760 Fetters Ln.
Allentown, PA 18106

BB&T
P.O. Box 580340
Charlotte, NC 28258

Beth & Brad Arthur
20935 Storrs Road
Sackets Harbor, NY 13685

Benjamin & Erin McNabb
1919 St. Andrews Ct.
Gilroy, CA 95020

Berna Leyva
817 W. 8th Street
Liberal, KS 67901

Brooklyn Peters
104 Buffalo Mountain Lane
Unicoi, TN 37692

Brenda Erickson
P.O. Box 263
Pinehurst, ID 83850

Brooke Cortez
14314 Dusky Thrush
San Antonio, TX 78233

Cara Bernhardt
829 Sheared St.
Roseville, CA 95678

Callie Thomas
123 County Road
Mount Pleasant, TX 75455

Cameron Kelly
34 Loomis St. 2
Cambridge, MA 02138

| | | |
|---|---|---|
| Caryn Conn<br>1373 Cornelia Drive<br>Labelle, FL 33935 | Carol Smith<br>701 W. Seminary Street<br>Vevay, IN 47043 | Carrie Lafontaine<br>8310 Marquete Road<br>Goodells, MI 48027 |
| Chantil Lacey Lee<br>2753 Ridge Heights<br>New Braunfels, TX 78130 | Casey Shumate<br>153 Hope Entrance Rd.<br>Fort Valley, GA 31030 | Catherine Wilde<br>103 Woods Run Circle<br>Richlands, NC 28574 |
| Chris & Amanda Mullen<br>13482 Teddington Lane<br>Jacksonville, FL 32226 | JPMorgan Chase Bank N.A.<br>Bankruptcy Mail Intake Team<br>700 Kansas Lane, Fl. 01<br>Monroe, LA 71203 | Chris & Amanda Mullen<br>Thuc-Doan Phan<br>1750 Tysons Blvd.<br>Suite 1800<br>Tysons, VA 22102 |
| Christina Rex<br>53 Vista Barranca<br>Rancho Santa Margarita, CA 92688 | Christa Silva<br>18 Calvins Way<br>Sanford, ME 04073 | Christie Carpenter<br>6451 Mentor Park Blvd.<br>Mentor, OH 44060 |
| Christopher Brady<br>109 Blue Mt. Rd.<br>Saugerties, NY 12477 | Christina Turner<br>P.O. Box 63<br>Oilton, OK 74052 | Christina Turner<br>206 E. 2nd Street<br>Oilton, OK 74052 |
| Christy Palmer<br>1140 Angus Lane<br>York, PA 17408 | Christy Cook<br>1616 Harris Dr.<br>Bartlesville, OK 74006 | Christy Davis<br>851 Channing Pl.<br>Brandon, MS 39047 |
| County of Madison Treasurer's Office<br>P.O. Box 309<br>2939 Etlan Rd.<br>Madison, VA 22719 | Cindy Freed<br>714 Danny Lane<br>O'Fallon, MO 63366 | Conversion Pipeline, LLC<br>4501 Day Dr., #312<br>Chantilly, VA 20151 |
| Cynthia Ernsberger<br>531 Scarf St.<br>New Washington, OH 44854 | Crystal James<br>6153 First St.<br>King George, VA 22485 | Crystal Philip<br>3904 Heritage Road<br>Cedar Falls, IA 50613 |
| Danielle Bowling<br>405 River Chase Cove<br>Bluff City, TN 37618 | Cynthia Rivera Vega<br>133 N. 10th Street<br>Reading, PA 19601 | Daniel & Rebecca Schmitt<br>1327 Indiana Ave.<br>Sheboygan, WI 53081 |
| Deborah Maltinski<br>761 Anderson St.<br>San Francisco, CA 94110 | Danielle Farinato<br>187 E. Emerson St.<br>Melrose, MA 02176 | Danielle Hutchinson<br>29 Louis Lane<br>Plainfield, CT 06374 |
| Donna T. McKittrick<br>42 8th St., Unit 2311<br>Charlestown, MA 02129 | Della Dyer<br>12613 High Country Dr.<br>Bakersfield, VA 93312 | Donald Brown<br>7 Converse Street<br>Brighton, MA 02135 |
| Eleanor A. Farinato<br>88 Burnham Street<br>Watertown, MA 02472 | Donor Drive<br>30 Braintree Hill Office Park<br>Suite 303<br>Braintree, MA 02184 | Doris Cordero<br>531 Lidgerwood Ave.<br>Elizabeth, NJ 07202 |
| Emilie Newman<br>14180 N. 136th Ln<br>Surprise, AZ 85379 | Elizabeth Connelly<br>3005 Wright Ave.<br>North Platte, NE 69101 | Elizabeth Thomas<br>98 Woodcreek Lane<br>Clayton, NC 27520 |

| | | |
|---|---|---|
| Erin Crumley<br>2012 S. Helena St. #B<br>Aurora, CO 80013 | Erin & Kim Bruce<br>234 Mowat Crescent<br>Saskatoon Saskatchewan<br>S7K4Y2 | Erin Atherton<br>1658 Wind Flower Rd.<br>Chambersburg, PA 17202 |
| Erin M. Delenty<br>38 Autumn Trail Ln.<br>Walnut Creek, CA 94595 | Erin Gray<br>1747 Bair Road<br>Punxsutawney, PA 15767 | Erin Krzysik<br>3285 Knight Rd.<br>Omer, MI 48749 |
| Erin Slattery<br>1446 Monitor Way<br>Indianapolis, IN 46234 | Erin Tufts<br>708 Maple St.<br>Manchester, NH 03104 | |
| FedEx<br>P.O. Box 371461<br>Pittsburgh, PA 15250 | Francis E. Provencher Insurance Agency Inc.<br>Frank Provencher<br>530 Rogers St<br>Lowell, MA 01852 | Frank E. Jenkins, CPA<br>231 Wylderose Drive<br>Midlothian, VA 23113 |
| Gina Folco<br>67 Waterman Ave.<br>North Providence, RI 02911 | Ginger Wells<br>5410 Crany Creek Dr.<br>Gloucester, VA 23061 | Gladys Gonzalez<br>614 North 10th Street<br>Reading, PA 19604 |
| Glen F. Koontz, Esq.<br>4 Barnett Street<br>Berryville, VA 22611 | Gregory Fiudo<br>853 Woodcove Ct.<br>Chesterfield, MO 63017 | Hannah Fritz<br>126 E. Lorain St., Apt. 2<br>Oberlin, OH 44074 |
| Heather Grantham<br>861 Grantham Road<br>Doerun, GA 31744 | Heather Hoffman<br>9922 Arnold Redford<br>Reford, MI 48239 | Heather Mosher<br>17 Mount Pleasant Street<br>Rockport, MA 01966 |
| Heather Muhleka<br>9701 S. 9th Street<br>Bellevue, NE 68123 | Heather O'Connor<br>5 Ramsdell Court<br>Gaithersburg, MD 20878 | Heather Spurgeon<br>1389 S. Harriet St.<br>Martinsville, IN 46151 |
| Heather Woodward<br>1350 E. Britian Ave.<br>Benton Harbor, MI 49022 | Heidi Moore<br>521 Front Street<br>Northumberland, PA 17857 | Heidi Pritchett<br>705 Maple Lane<br>Clarkston, WA 99403 |
| Hollie Smith<br>9108 Ridgely Dr.<br>Lorton, VA 22079 | James Ellis<br>1905 W. Ben Air Dr.<br>Salt Lake City, UT 84129 | JPMorgan Chase Bank, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, TX 75001 |
| Jacqueline Rochford<br>110 Muirfield Drive<br>Kings Mountain, NC 28086 | James Wingfield<br>210 Park Ave., Ste. 313<br>Worcester, MA 01609 | James Eppinette<br>12 Barberry Cove<br>Cabot, AR 72023 |
| James Fortier<br>5 Gerald Ave.<br>Coventry, RI 02816 | Janis Gavai<br>1930 Haven Ln.<br>Dunkirk, MD 20754 | Jamie Oberto<br>1311 Florence Ave.<br>Waterford, MI 48328 |
| Jane Tummonds<br>300 Spruce St., 106<br>Farmington, MN 55024 | Jeannie Rich<br>2276 Sudbury Ct.<br>Tracy, CA 95376 | Jaysen Santiago<br>3410 Clayton Rd.<br>Joppa, MD 21085 |

| | | |
|---|---|---|
| Jean Christy<br>124 Middle Rd.<br>Southampton, MA 01073 | Jeff Thompson<br>808 Quailridge Rd. #1<br>Bakersfield, CA 93309 | |
| Jeff Vincent<br>5215 Big Bow Ct.<br>Madison, WI 53711 | Jeffrey Pass<br>1505 Irwin Ave.<br>Maryville, TN 37804 | Jeffrey Pass<br>504 S. Everett High Rd.<br>Maryville, TN 37804 |
| Jennifer & Larry Croft<br>720338 SDRD20 Holland Centre<br>Ontario N0HIR0 | Jennifer Rose<br>20522 Pembridge Ct.<br>Sterling, VA 20165 | Jennifer Smith<br>2903 Lacon St.<br>Regina SKS4N2A9 Canada |
| Jessica Sauceda<br>508 Goldfinch St.<br>Central City, IA 52214 | Jill Allen<br>47 High Rd.<br>Ashland, PA 17921 | Jill Castaldo<br>178 Mt. Ave.<br>Hawthorne, NJ 07506 |
| Jill & Olivia Twigg<br>93 Harbor Street<br>Pepperell, MA 01463 | Jocie Bradford<br>420 Bannock Street<br>Fort Collins, CO 80524 | Jody Hoffman<br>12148 Maple Springs Dr. SE<br>Alexandria, MN 56308 |
| Joe & Chelsea LaClare<br>3115 Castlewood Dr.<br>Loganville, GA 30052 | John Denning<br>1001 5th St. NE<br>Minot, ND 58703 | Joyce E. Crosby<br>75 Log House Rd.<br>Zionsville, PA 18092 |
| Joyce Singh<br>810 119th Ave.<br>Treasure Island, FL 33706 | Julie Jinkerson<br>5145 35th Ave N St.<br>Saint Petersburg, FL 33709 | Katherine Collaros<br>1566 Eagle Ct.<br>Maineville, OH 45039 |
| Katherine Vega<br>6149 Marimel Ct.<br>Mechanicsville, VA 23111 | Kathleen Tereshko<br>9 Clearview Drive<br>Nashua, NH 03062 | Katie Telles Wagner<br>2225 Candy Tuft Ln.<br>Palmdale, CA 93551 |
| Katrina Xavier<br>480 Saratoga Ave.<br>Grover Beach, CA 93433 | Keith A. Smith<br>701 West Seminary St.<br>Vevay, IN 47043 | Kerry Kennedy<br>44 Ripley Hill Rd.<br>Barkhamsted, CT 06063 |
| Kerry Myers<br>26196 Crown Valley Pkwy<br>#215<br>Mission Viejo, CA 92692 | Kiara Coleman<br>1454 Bangor Street SE<br>#301<br>Washington, DC 20020 | Kiely McKellar<br>1101 Freetown Rd.<br>Vicksburg, MS 39183 |
| Kim Gibson<br>11042 Llama Ct.<br>Corona, CA 92883 | Kimberly Bissett<br>2700 Francis Ct.<br>Fredericksburg, VA 22408 | Kimberly Imanian<br>11709 Longstreet Dr.<br>Spotsylvania, VA 22551 |
| Kimberly Mason<br>2024 Sandaway Drive<br>Westminster, MD 21157 | Kimberly Williams<br>428 Fieldstone Drive<br>Ringgold, GA 30736 | Kristen Alexa<br>6 Descheneaux Lane<br>Tyngsboro, MA 01879 |
| Kristin Borg<br>3216 W. Oakellar Ave.<br>Tampa, FL 33611 | Kristin Summers<br>3205 Finch Road<br>Paragould, AR 72450 | Kristin Warshefski<br>4924 Arbor Crest Ct.<br>Monroe, MI 48161 |
| Kristina Arroyo<br>19 Brook Lane<br>Fayville, MA 01745 | Kristy Church<br>515 NE 4th Street<br>England, AR 72046 | Krystyna Gruszka<br>868 Morefield Rd.<br>Philadelphia, PA 19115 |

| | | |
|---|---|---|
| Kyle Powers<br>46 Jesse Dr.<br>West Haven, CT 06516 | LaurieAnn Dyson<br>4941 Chaucer Avenue<br>San Diego, CA 92120 | Lilia Flores<br>51 Hartwell Ave.<br>Littleton, MA 01460 |
| Lindsey Dowling<br>3356 Daley Center Dr.<br>#1313<br>San Diego, CA 92123 | Lisa & Brian Davis<br>2349 Piccadilly Circle<br>Sierra Vista, AZ 85635 | Lisa Loring<br>12250 Sinnett Street<br>Huntley, IL 60142 |
| Luke Palmisano<br>1319 Carroll Ave.<br>Los Angeles, CA 90026 | Marc N. Teal<br>37 May Lane<br>Pelham, NH 03076 | Margaret NG<br>5 Vail Drive<br>Mountain Lakes, NJ 07046 |
| Marianne E. Warren<br>6140 Pine Slash Rd.<br>Mechanicsville, VA 23116 | Marisol Chaves<br>143 Kapok Crescent<br>West Palm Beach, FL 33411 | Mark Paullin, Esq.<br>575-A Southlake Blvd.<br>Richmond, VA 23236 |
| Marlana Wood<br>7938 Bridgetown Rd.<br>Cleves, OH 45002 | Mary Jones<br>5667 Samyer Road<br>Cincinnati, OH 45239 | Maryann Bowles<br>3220 Chandon Ct.<br>Littleton, CO 80126 |
| Maureen Fiudo<br>853 Woodcove Ct.<br>Chesterfield, MO 63017 | Meggan Laucher<br>1966 Country Club Rd.<br>Troutville, VA 24175 | Melissa Irwin<br>271 East Cope Creek Rd.<br>Sylva, NC 28779 |
| Melissa Morgan<br>P.O. Box 2603<br>Bakersfield, CA 93303 | Melissa Rouche<br>19 Arbor Court<br>Apt. 1A<br>East Walpole, MA 02032 | Micaela Brown<br>34 Loomis St. 2<br>Cambridge, MA 02138 |
| Michaelynn Hanson<br>27 Snowbird Lane<br>Boones Mill, VA 24065 | Michelle Collis<br>50 Meadowbrook Dr.<br>Monroe, CT 06468 | Monique Contrell<br>444 Diablo Dr.<br>Travis AFB, CA 94535 |
| Morgan Olson<br>501 South St. W.<br>Deer Park, WI 54007 | Nicole Behnke<br>515 N. Kilbourne Ave., #4<br>Tomah, WI 54660 | Norman Maxwell<br>103 Stonefield Drive<br>Mount Juliet, TN 37112 |
| Penny Nagehout<br>8325 E 124th Street<br>Sand Lake, MI 49343 | Olivi Weeeks<br>20 Chapel St. #B901<br>Brookline, MA 02446 | Patricia Cook<br>952B Willet Road<br>Columbia, SC 29206 |
| Rebecca Neidorf<br>5511 Calvin Avenue<br>Tarzana, CA 91356 | Randi Bengston<br>1610 Avery Pl<br>Siloam Springs, AR 72761 | Rebecca Enriquez<br>7709 Hendon Way<br>Elk Grove, CA 95758 |
| Robert L. King<br>3450 Wellington St.<br>Norfolk, VA 23513 | Rebecca Deters<br>11228 West Rive Rd.<br>Champlin, MN 55316 | Renee Bergin<br>1817 Creekwater Blvd.<br>Port Orange, FL 32128 |
| Roxanne Daily<br>P.O. Box 117<br>Ash Flat, AR 72513 | Robert Reichman, MD<br>124 Grafton Ave.<br>Alma, MI 48801 | Romy Rothschild<br>26 Prospect Rd.<br>Livingston, NJ 07039 |
| Salina Batson<br>208 Chesser Way<br>Chelsea, AL 35043 | Ryan, Aimee, & Shanelle Roark<br>2 Road 6054<br>Farmington, NM 87401 | Safelite Auto Glass<br>P.O. Box 633197<br>Cincinnati, OH 45263 |

| | | |
|---|---|---|
| Sarah Meadors<br>3126 A. E. Valley Water Mill Rd.<br>Springfield, MO 65803 | Sara Abby<br>405 Krieger Rd.<br>Webster, NY 14580 | Sara Ulmer<br>1509 S.E. Delaware Ave.<br>Apt. 11<br>Ankeny, IA 50021 |
| Shannon Dawson<br>3939 E. Taro Lane<br>Phoenix, AZ 85050 | Scott & Jessica Clements<br>500 Starfire Ct.<br>Oak Ridge, NC 27310 | Shane Witt<br>27 Clinton St.<br>Homer, NY 13077 |
| Shebby Dodd<br>3503 FM 556<br>Pittsburg, TX 75686 | Shannon hart<br>33612 Spring Brook Cir.<br>Temecula, CA 92592 | Sharon Lim<br>2819 Jennifer Dr.<br>Castro Valley, CA 94546 |
| Stacy Falkers<br>S3191 Prairie Edge Rd.<br>Westby, WI 54667 | Sina Nov<br>2175 Kevin Ct.<br>Chinese Camp, CA 95309 | Spotts Fain<br>P.O. Box 1555<br>Richmond, VA 23218 |
| Stacy Tupper<br>1406 Cardinal St.<br>Longwood, FL 32750 | Starla Willden<br>9635 Tustin<br>Idaho Falls, ID 83401 | |
| Stephanie Burt<br>1004 Chelsea Drive<br>Rockford, IL 61107 | Stephanie Faurote<br>11581 Clayton Ct.<br>Thornton, CO 80233 | Stephanie Harris<br>63835 North Johnson Rd.<br>Bethesda, OH 43719 |
| Stephanie Magner-Tripp<br>2340 W. Lake Ct.<br>Oceanside, NY 11572 | Stephanie Mattes<br>14026 Savannah Spring Lake Rd.<br>Savannah, NY 13146 | Tabitha Heit<br>9 Pinetree Place<br>Fort Washington, PA 19034 |
| Tanya Donathan<br>1101 Finley Dr.<br>Vinton, VA 24179 | Tara Dana<br>8185 El Jebel Loo<br>Castle Rock, CO 80108 | Tasha Berry<br>385 cr 1715<br>Jacksonville, TX 75766 |
| Thomas Roache<br>50 Albion Street<br>Rockland, MA 02370 | Tierney Matthews<br>305 Gair Street<br>Piermont, NY 10968 | Tiffany Warren<br>923 Rainbow Crescent<br>Kingston Ontario K7K7H7 |
| Tim Doyle<br>2027 Lockwood Lane<br>Feasterville Trevose, PA 19053 | Tim Long<br>511 Sunbrook<br>Grand Rapids, MI 49508 | Tina Rhoades<br>127 Wulff Ln.<br>Lakeside, MT 59922 |
| Tracee Lyn Anderson<br>2718 Bundy Ln.<br>Missoula, MT 59803 | Traci Brown<br>6101 Ocean Jasper Dr.<br>Bakersfield, CA 93313 | Tracy Longo<br>1 Brier Road<br>Whitehouse Station, NJ 08889 |
| Tray Tradewell<br>63A Seale Rd.<br>Natchez, MS 39120 | Vanessa Avila<br>943 Woodrow Drive<br>Lewisville, TX 75067 | Vanessa Dye<br>2223 Clarks Valley Rd.<br>Swords Creek, VA 24649 |
| Valerie Holley<br>3219 Watergrass Road<br>Smithfield, NC 27577 | Wells Fargo<br>P.O. Box 29704<br>Phoenix, AZ 85038 | Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482<br>Phoenix, AZ 85038 |
| Wex Bank<br>P.O. Box 6293<br>Carol Stream, IL 60197 | | |

Wells Fargo Business Card
P.O. Box 77033
Minneapolis, MN 55480

William & Joan Roache Giving Fund
16 Cooks Farm Road
Franklin, MA 02038

Yolanda Schneiderman
6516 SW Terrace Dr.
Cheney, WA 99004

Charles D. Warren, Jr.
1543 Beahm Town Road
Culpeper, VA 22701

Jamie Lynn Oberto
1311 Florence Ave.
Waterford, MI 48328

Jason Summers
3205 Finch Road
Paragould, AR 72450