FILED LYNCHBURG, VA
U.S. BANKRUPTCY COURT
MAY 24 2021
By _____
DEPUTY CLERK

**Brenda Erickson**
P. O. Box 263
(601 Fairview Ave.)
Pinehurst, ID 83850-0263
208-660-9494/H: 208-682-7143

Clerk of the Court
United States Bankruptcy Court
1101 Court Street, Room 166
Lynchburg, Virginia 24504

RE: Case No. 20-60860-RBC

May 19, 2021

Dear Honorable Rebecca B. Connelly,

I am writing to you today in reference to: Case No. 20-60860-RBC, Service Dogs by Warren Retrievers, Inc. and the Global Resolution Motions that will be before you on June 3, 2021. I highly object to "The Marianne Settlement Motion". I believe Marianne Warren was complicit in the acts of Charles D. Warren, Jr. and furthered his actions by lending him money and holding his money, essentially giving him an allowance dubbed as loans, and should not be awarded any sale proceeds, especially not 38% of sale proceeds from the property.

There are many families that paid money to Service Dogs by Warren Retrievers, Inc. (SDWR) that: **(1)** did not receive a service dog as SDWR was contractually obligated to do if they fundraised in full, **(2)** received a dog from SDWR that is not suitable as a service dog, as they were contractually obligated to do if they fundraised in full, **(3)** fundraised part of the money for a service dog and received no dog and none of their money back and **(4)** did receive a dog but did not receive the 2 years of additional training and lifetime health guarantee as SDWR was contractually obligated to provide.

For these reasons I believe that Marianne Warren **should not be permitted** to have any of the proceeds of the sale of the property. Marianne and Charles D. Warren, Jr. had a close relationship and I could very well see any sale proceeds that she may receive ending up back with Charles D. Warren, Jr. so that he could open yet another Service Dog Organization. I understand speculation is not something in which the court should partake, I believe if the court and Your Honor look at the history of their relationship, this is not a huge leap.

Thank you for taking the time to read my objection.

Sincerely,

Brenda Erickson
itrustnbelieve@gmail.com
208-660-9494/208-682-7143