Sara Ulmer
1509 SE Delaware Avenue #11
Ankeny, IA 50021
515-953-8140

Clerk of Court
United States Bankruptcy Court
1101 Court Street, Room 166
Lynchburg, VA 24504



FILED LYNCHBURG, VA
U.S. BANKRUPTCY COURT
MAY 26 2021
By
DEPUTY CLERK

May 19, 2021

Dear Honorable Rebecca B. Connelly,

I am writing to you today in reference to Case No. 20-60860-RBC, Service Dogs by Warren Retrievers, Inc. and the Global Resolution Motions that will be before you on June 3, 2021. I strenuously object to the "Marianne Settlement Motion". I believe Marianne Warren was complicit in the acts of Charles D. Warren, Jr. and furthered his actions by providing money as a "loan" given by an allowance and should not be awarded any proceeds from the sale of the property, especially 38%. There are dozens of families, including myself, that donated/fundraised money for this organization, and in return, did not receive a dog, received an unhealthy dog, or received an untrained dog, all of which are violations of the contractual obligations of SDWR. These families were counting on this organization to provide independence and safety for themselves or their children by getting a healthy, well-trained service dog. In pursuit of that goal, we were contractually obligated to fundraise using only the approved methods and some did not receive their money back due to this bankruptcy action. As a result of Charles D. Warren, Jr.'s actions, being knowingly supported by Marianne Warren, the contractual obligations of SDWR have been breached and families victimized.

For these reasons, I believe that Marianne Warren should not be given any of the sale proceeds from the property. Marianne and Charles D. Warren had (and possibly still have) a close relationship. I could easily see that any proceeds she gets would be handed over to him for further misuse and potentially aid in him taking advantage of more people in this way.

I understand speculation is not something in which the court should partake. I believe if the court and Your Honor look at the history of their relationship and previous legal issues and actions, this is not a huge leap.

Thank you for your time and consideration of my objection.

Regards,

*Sara Ulmer*

Sara Ulmer

Sn2018su@gmail.com | 515-953-8140