

JEFFERY PASS
1505 IRWIN AVE.
MARYVILLE, TN
37804
865-724-8898/
865-936-3634

Clerk of the Court
United States Bankruptcy Court
Lynchburg, Virginia 24504

May 22, 2021

Dear Honorable Rebecca B. Connelly,

I am contacting you in writing today, in regards to Case no. 20-60860-RBC, Service Dogs by Warren Retrievers, Inc. and regarding the Global Resolution Motions you will hear on June 3, 2021. I object to all the motions especially the one called "The Marianne Motion." I have a strong very, very strong opinion that Marianne Warren was/is an enabler and also complicit in all the motions and acts Charles D. Warren

has participated in and also aided and may I say futheral if you will all his actions safe keeping and particularly holding all his money, basically giving lets say an "allowance" they referred to as loans, and she should be at all awarded or given any sale proceeds or portion of it, definitely not 38% as offered of that property. There are quite a number of families that paid money to Service Dogs by Warren Retrievers, Inc. (SDWR) and those families are in these categories

1) did <u>not</u> recieve a dog as contractually obligated to do if fundraised in full
2) recieved a dog from SDWR ~~that~~ is not trained or suitable as a service dog, as they were via contractually obligated to do if they fundraised in full ☆(our family in this category)☆
3) fundraised some of the money ~~for~~ a service dog and recieved no dog whatsoever and got <u>none</u> of their

money back

4) did get a dog but got no training and also did not get the lifetime health guarantee as SDWR was and also contractually obligated to provide

*(our family also somewhat in this category)*

For all the reasons, etc. listed above, I believe in my opinion that Marianne Warren absolutely should not be allowed or permitted to get any of the money, etc. of the sale of the property. Charles D. Warren and Marianne had (if investigated, may still have) a very close relationship and I can see any money, etc. she could get going back to the hands of Charles D. Warren. I concur that and also understand that speculation, etc. is not something the court should look at or ever

portake if you will, I honestly believe and also have a very strong opinion if the court and Your Honor please consider looking into their close relationship between them and also if you can take and investigate the potential of fraud committed not just against my family but also against so many others. Also, I like to ask the court to consider to stopping and not allowing any relief to MR. Warren in regards to his Attorney fees.

Lastly, the court needs to consider as well granting something back to the families that has been done wrong and consider the hardships and losses we have endured through this situation, etc.

I graciously thank you for taking and making time out of your busy schedule read and consider my letter.

Sincerely,

Jeffery Pass

Contact info:
jeffmeyonandblake@yahoo.com
865-724-8898 / 865-936-3634

cc: Trustee/his lawyer(s), counsel for trustee