# Starla Willden

9635 Tustin
Idaho Falls, ID 83401
(208)357-8638
starlakendall@hotmail.com



May 24, 2021

Clerk of the Court
United States Bankruptcy Court
1101 Court St., Room 166
Lynchburg, VA 24504

Dear Honorable Rebecca B. Connelly,

I am writing in reference to case number 20-60860-RBC. I am writing to object to the "Marianne Settlement Motion". I do not feel that they should receive any monies associated with the sale of the property. Dan and Marianne have a close relationship and he will just receive his money back. It is not his money. It belongs to the people who purchased service dogs and did not receive what they were contracted to receive. We did not receive a dog and raised the full amount of money.

We should not assume that Marianne will just give the money back, however, she gave him "loans" a lot. I think that she held his money and gave him parts of it whenever he wanted so it would look like a loan. Fraud needs to be investigated in this case. I think that Marianne knew what was going on and did nothing.

I also feel that Dan Warren should be responsible for ALL legal fees associated with this case. It feels as if we (the creditors) don't matter and he will get away with defrauding many, many families who were preyed upon because of their vulnerability and situations. We all were looking for something to help ease our burdens and have some hope, Dan took that as a way to steal from each of us.

Sincerely yours,


Starla Willden