

**Jamie Oberto**

1311 Florence Ave.
Waterford, Michigan 48328
248-978-8583

Clerk of the Court
United States Bankruptcy Court
1101 Court Street, Room 166
Lynchburg, Virginia 24504

RE: Case No. 20-60860-RBC

May 25, 2021

Dear Honorable Rebecca B. Connelly,

I am writing you today in reference to Case No. 20-60860-RBC, Service Dogs by Warren Retrievers, Inc. and the Global Resolution Motions that will be before you on June 3, 2021. I strenuously object to "The Marianne Settlement Motion." I believe Marianne Warren was complicit in the acts of Cherles D. Warren and furthered his actions by holding his money, essentially giving him an allowance dubbed as loans, and should not be awarded any sale proceeds, but especially not 38% of sale proceeds of the property. There are dozens of families that paid money to Service Dogs by Warren Retrievers, Inc. (SDWR) that (1) did not receive a dog as SDWR was contractually obligated to do if they fundraised in full, (2) received a dog from SDWR that is not suitable as a service dog, as they were contractually obligated to do if they fundraised in full, (3) fundraised part of the money for a service dog and received no dog and none of their money back and (4) did receive a dog but did not receive the training and lifetime health guarantee as SDWR was contractually obligated to provide.

For these reasons I believe that Marianne Warren should not be permitted to have any of the proceeds of the sale of the property. Marianne and Charles D. Warren had (possible still have) a close relationship and I could very well see any sale proceeds that she may receive ending up back with Charles D. Warren. While I understand speculation is not something in which the court should partake, I believe if the court and Your Honor look at the history of their relationship, this is not a huge leap.

Thank you for taking the time to read my letter.

Warm Regards,

*Jamie Ob*

**Jamie Oberto**
Cc: Hirschler Fleischer, PC

jamie.oberto@gmail.com | 248-978-8583