Clerk of the Court
United States Bankruptcy Court
1101 Court St. Room 166
Lynchburg, Virginia 24504

Dear Honorable Rebecca B. Connelly,

I am writing to you in reference to the Bankruptcy case involving SDWR (Case No.20-60860-rbc) and the Global Resolution Motions that are appearing before you on June 3rd.

My daughter Alyson Witt is a brittle Type-One diabetic.  We struggle for years with how she was going to be able to go to college when she had such uncontrolled issues. We researched various service dog organizations and in 2017 made the decision to go with SDWR. I recall my first conversation with them which was quite intense, and they mentioned I had first checked them out in 2013 so you can see this was a thought out plan. We signed on and went to work to raise the required 25,000.00 in donations to make us eligible for a service dog.  I thought nothing of this as they explained we would receive an approximately 2-year-old dog that had received basic obedience training and started sent training. We were told we would get ongoing 3-5 day 1:1 sessions every 3 months for 18 to 24 months to ensure proper training, as well as support of trainer by phone in between. This support and 1:1 training are what made us choose this company. As time progressed, I had reached out to the company a few times asking and inquiring if the rumors of problems were true. I was reassured that none of it was and was given convincing stories, so we kept fundraising.  As time got closer to college for Alyson we spoke with family and her grandfather agreed to provide the final money after we held a 5K to raise what else we could. Although we are grateful for at least getting a dog I am not sure he will ever be able to complete his service dog job.  He has a great deal of anxiety and impulse issues. He is jumpy and has not yet learned to behave in such a manner in public that he can go everywhere with her. This leaves her vulnerable and quite frankly scares me to death. I am a single mom.  I worked hard for this cause to help keep my child safe and alive and now I again trying to work more hours and find someone to help and determine if this puppy can do what we were promised.

Please know this is not just about my child but about many children who got sick dogs, other children who also got untrained or inappropriate dogs and even more so those that never received a dog.

I have no doubt Mrs. Warren was fully aware what they were doing and given their real estate and expensive possessions did not care. Your honor they stole from our children. They lied and they deceived so many. I ask that the court show Mr. and Mrs. Warren that this is not acceptable, and that lenience is not an option for these actions. Marianne Warren is not a victim but rather an accomplice to her husband's long-time deceit.  Please do not reward her for her actions or lack of action.

Thank you for your time and consideration,

Shane Elizabeth Witt