| | |
|---|---|
| **From:** | Alyssa Burkhart <aburkhart01@yahoo.com> |
| **Sent:** | Thursday, May 27, 2021 4:34 PM |
| **To:** | R Chaplain; Jackie Hensley; Kathy Warren |
| **Cc:** | sdwrfamilies@gmail.com; wsscott7trustee_earthlink.net |
| **Subject:** | SDWR/ Dan Warren Case No. 20-60860-RBC |
| **Attachments:** | SDWR Case Bankrup letter .docx |

**CAUTION - EXTERNAL:**

Good afternoon!

Please forward this petition to Judge Rebecca Connelly regarding the SDWR case hearing, Global Resolution Motions, that will occur on June 3, 2021. We received 338 signatures in 5 days from several donors to SDWR, family members, and puppy raisers who contributed their either own money or time for these dogs.

https: //www .petitions.net/signatures/petition_in_oppositionthe_sdwr_global_resolution_motions/

Also included is a letter from myself regarding the case, in case it did not arrive in time. Several families from SDWR had not received their letter from the courts as of a few days ago.

Alyssa Burkhart

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.