Alyssa Burkhart
SDWR dog recipient, January 2019
7774 Rosemont Dr
Brownsburg, IN 46112
317-517-1037
Aburkhart01@yahoo.com

Honorable Rebecca B. Connelly
United States Bankruptcy Court
1101 Court St Room 166
Lynchburg, Virginia 24504

**RE: Case No. 20-60860-RBC**

May 23, 2021

Dear Honorable Rebecca B. Connelly:
I am writing you today in reference to Case No. 20-60860-RBC, Service Dogs by Warren Retrievers, Inc. and the Global Resolution Motions that will be before you on June 3, 2021. I **strenuously** object to "The Marianne Settlement Motion." I believe Marianne Warren was complicit in the acts of Charles D. Warren and furthered his actions by holding his money, essentially giving him an allowance dubbed as loans, and **should not** be awarded any sale proceeds, but especially not 38% of sale proceeds of the property. There are dozens of families (myself included) that paid money to Service Dogs by Warren Retrievers, Inc. (SDWR) that (1) did **not** receive a dog as SDWR was contractually obligated to do if they fundraised in full, (2) received a dog from SDWR that is not suitable as a service dog, as they were contractually obligated to do if they fundraised in full, (3) fundraised part of the money for a service dog and received no dog and none of their money back and (4) did receive a dog but did not receive the training and lifetime health guarantee as SDWR was contractually obligated to provide.

I had to raise $25,000 on my own for an autism service dog for my son. I received donations from numerous public organizations in addition to several private donors. I could not receive the dog until I met the $25,000 fundraising goal. I was not given a break, so why should Dan and Marianne Warren receive one?

Thank you for considering waiving these attorney fees. However, he screwed all of these families; so why should he get a break? We didn't get one.

Sincerely,


Alyssa Burkhart
SDWR dog recipient, January 2019