FILED LYNCHBURG VA
U.S. BANKRUPTCY COURT
MAY 28 2021
By ___LM___
DEPUTY CLERK

Lilia Flores

Liliaflores637@gmail.com

51 Hartwell Ave
Littleton, MA 01460
774.245.7690

Clerk of the Court
United States Bankruptcy Court
1101 Court Street, Room 166
Lynchburg, Virginia 24504

May 20, 2021

Dear Honorable Rebecca B. Connelly,

I am writing to you today in reference to Case No. 20-60860-RBC, Service Dogs by Warren Retrievers, Inc. and the Global Resolution Motions that will be before you on June 3, 2021. I strenuously object to THE GLOBAL RESOLUTION MOTIONS; described in detail as: (I) Authority to Sell Property of the Estate at Private Sale Free and Clear of All Liens, Claims, Rights, and Interests; (II) Authority Related to Closing and Distribution of Sales Proceeds; and (III) Related Relief (the "Sale Motion"); and Motion for (I) Authority to Accept a Settlement Pursuant to Federal Rule of Bankruptcy Procedure 9019 (A); (II) Final Allowance and Authorization of Payment of Compensation to Trustee's Special Counsel; and (III) Related Relief (the "Marianne Settlement Motion"). "The Marianne Settlement Motion". I believe, the Warren Parties (Charles D. Warren Jr, Bordeaux Farms, LLC, Charitable Occasions, LLC, Jacob M. Dudek-Warren and Marianne Warren) should be held accountable to the financial and moral damage they collectively, though their intentions and actions have caused to my family. We were led to believe that by fundraising $25,000 on behalf of Service Dogs by Warren Retrievers, INC (SDWR is their non-profit organization, Charles D. Warren acting as President) would contractually provide a trained Autism service dog for our son, LF. My family has raised the full amount of $25,000 and received an untrained dog, not suitable to be a service animal. We have suffered financial loss and are expecting the Warren Parties to be judged by their intentional wrongdoing. Accepting the GLOBAL RESOLUTION MOTIONS will mean they are "getting away" from fraudulent actions for the second time (incorporated in October 2010 with the company name of Guardian Angel Service Dogs, but it changed its named to Service Dogs by Warren Retrievers in 2012).

Please watch this video from ABC News:

https://abcnews.go.com/US/lawsuit-accuses-virginia-breeder-selling-untrained-puppies-service/story?id=55053431

There are dozens of families that paid money to Service Dogs by Warren Retrievers, Inc. (SDWR) that (1) did not receive a dog as SDWR was contractually obligated to do if they fund raised in full, (2) received a dog from SDWR that is not suitable as a service dog, as they were contractually obligated to do if they fund raised in full, (3) fund raised part of the money for a service dog and received no dog and none of their money back and (4) did receive a dog but did not receive the training and lifetime health guarantee as SDWR was contractually obligated to provide.

Jacob M. Dudek-Warren and Marianne Warren are complicit in the acts of Charles D. Warren Jr.` acting on behalf of Bordeaux Farms, LLC, Charitable Occasions, LLC and Service Dogs by Warren Retriever, INC) and furthered his actions by holding/concealing his assets, essentially giving him "loans", and should not be awarded any amount of the Net Sale Proceeds.

I believe the Liens against its CREDITOR should remain in place, we, the families, affected by the wrongdoing of SDWR should have a chance to get compensation.

Warm Regards,

Lilia Flores