Joyce Singh
810 119th Ave
Treasure Island, FL 33706
727-403-7250

FILED LYNCHBURG, VA
U.S. BANKRUPTCY COURT
MAY 28 2021
By LM
DEPUTY CLERK

Clerk of the Court
United States Bankruptcy Court
1101 Court Street, Room 166
Lynchburg, VA 24504

May 20, 2021

Dear Honorable Rebecca B. Connelly,

I am writing today in reference to Case No 20-60860-RBC, Service Dogs by Warren Retrievers, Inc. and the Global Resolution motion that will be before you on June 3, 2021. I strongly object to "The Marianne Settlement Motion" and I strongly believe that Marianne Warren was partnered in the acts of Charles D. Warren. I believed she enabled his actions by holding his money and giving it to him under the false representation as a loan. I strongly believe Marianne Warren should not be awarded any sales proceeds, especially 38% of sale proceeds of the property. There are dozens of families that paid money to Service Dogs by Warren Retrievers, Inc (SDWR) that did not receive a dog as SDWR contract stated they were to provide if they fundraised in full or received a dog that is not suitable as a service dog as the contract stated or received a dog but received no training and lifetime health guarantee as SDWR was to provide as per the contract.

For the above stated reasons I believe that Marianne Warren should not receive any of the proceeds of the sale of the property. History shows that Marianne and Charles D. Warren had engaged in a joint profitable relationship
and it could very well mean that the money she receives would end up back with Charles D. Warren. I understand speculation is not something the court should partake, but I believe if the court and Your Honor look at their history you will see that this is very plausible.

Thank you for your time.

Best Regards,

*Joyce Singh*
Joyce Singh