# Petition in opposition the SDWR Global Resolution Motions

FILED LYNCHBURG, VA
U.S. BANKRUPTCY COURT

MAY 2 8 2021

By LM
DEPUTY CLERK

339 people have signed this petition.

| # | Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|---|------|------|---------------|-----------------|--------------|---------|------|
| 1. | Deborah Maltinski | San Francisco | deborahcornelius@gmail.com | Yes | 4152905974 | | 2021-05-22 |
| 2. | Karin Reinhart | Mountain House | karinreinhart@gmail.com | Yes | | | 2021-05-22 |
| 3. | Morgan Olson | Deer Park | morgan_k_olson@yahoo.com | Yes | 715-222-4915 | This is unacceptable when we raised just shy of $20,000, were told that we were getting a service dog for my son and Dan/Charles took off with our money like a thief in the night. | 2021-05-22 |
| 4. | Danielle Bowling | Bluff city | daniellebowling8@gmail.com | Yes | (423) 895-2473 | My son was scammed by this man | 2021-05-22 |
| 5. | Joyce Singh | Treasure Island, FL | rsingh@tampabay.rr.com | Yes | | What has happened to all of these families, including mine, is just not right! We deserve to see justice served. | 2021-05-22 |
| 6. | Rebecca Abbey | Rochester | rebjabbey@yahoo.com | Yes | 5853135426 | | 2021-05-22 |
| 7. | Mike Mason | Westminster | mmason233@gmail.com | Yes | | I have been affected directly because of this | 2021-05-22 |
| 8. | Ann Hamby | Elizabethton | ahamby123.ah@gmail.com | Yes | | | 2021-05-22 |
| 9. | Krystyna Gruszka | Philadelphia | kgruszka1022@gmail.com | Yes | (267) 615-9684 | We received an untrained dog who never left the farm to be with a raiser. She is terrified of her own shadow and wasn't even housebroken when she was delivered. We paid additional money out of pocket to have her properly trained by an outside trainer. | 2021-05-22 |
| 10. | Mary Jo Bailey | Taylor Mill | mobailey69@gmail.com | Yes | 8597505437 | | 2021-05-22 |

| # | Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|---|------|------|---------------|-----------------|--------------|---------|------|
| 11. | Cheryl Kemling | New Richmond | stampinonthefarm@yahoo.com | Yes | | I donated toward Nolan's fundraiser and am so disappointed that this wonderful family was taken advantage of! | 2021-05-22 |
| 12. | Brian Church | England | bworsham55@gmail.com | Yes | 8704895474 | | 2021-05-22 |
| 13. | Vanessa Avila | Lewisville | avaldez.vanessa@gmail.com | Yes | (214) 218-7931 | We fundraised the entire $25,000 for a service dog for our son with autism and did not receive a dog. We believe all settlements should go directly to the families affected. | 2021-05-22 |
| 14. | Angela Barber | Owatonna | angela.barber31@yahoo.com | Yes | 5076764337 | I received a dog that is not fully trained as a service dog. | 2021-05-22 |
| 15. | Sara Ulmer | Ankeny | skulmer@gmail.com | Yes | | I raised money for a dog, got my dog but didn't get full training promised. | 2021-05-22 |
| 16. | Jeffery Pass | Maryville | jeffmeganandblake@yahoo.com | Yes | (865) 936-3634 | We got a dog from SDWR and of the $30,000 we raised etc a little over $28,000 was of our son's own money etc and he got a dog untrained and does not perform what we need etc and we are named on bankruptcy and just like so many of the other families we feel like Mr Warren has committed fraud and his family etc has enabled him and either him or his family should not benefit from any relief whatsoever and that could enable him to set up another operation and fraud others... | 2021-05-22 |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|---|---|---|---|---|---|---|
| 17. Kristin Summers | Paragould | jsummers01@yahoo.com | Yes | (870) 335-4063 | My sons disability was taken advantage of and instead of delivering a dog that gave him purpose and hope, he received heartache when all funds were taken from him with no communication. | 2021-05-22 |
| 18. Brenda Erickson | Pinehurst, Idaho | itrustnbelieve@gmail.com | Yes | 208-660-9494 | I lose out of 2 years of Training for my DAD, the Lifetime health Guarentee. He has MANY issues! | 2021-05-22 |
| 19. Kelly Parlier | Elizabethton | justinsmommy22@yahoo.com | Yes | | | 2021-05-22 |
| 20. Tricia Furness | Owatonna | tafurness@msn.com | Yes | 5074133469 | I'm signing because I donated money for a student of mine to receive a dog. They got the dog but it is only partially trained. | 2021-05-22 |
| 21. Joann Kaeser | Highland Heights | jkaeser1@hotmail.com | Yes | | SDWR took the $25000 that a family member raised and was given a dog that was of no help and obviously not trained properly and mistreated by them prior to the delivery to my family member | 2021-05-22 |
| 22. Michelle Collis | Monroe | michellecollis1972@icloud.com | Yes | | I received a dog that was not properly trained as a service dog and received no further training | 2021-05-22 |
| 23. Margaret Grandpre | Osburn | wmgrandpre@gmail.com | Yes | 2085122905 | | 2021-05-22 |
| 24. Cheryl Bitner | Perryville, Maryland. 21904 | rooftopdenny77@zoominternet.net | Yes | 443-350-7412 | Charles Dan Warren has demonstrated a lifetime of corrupt practices. He deceived vulnerable families he claimed to serve, took advantage of the kindness of SDWR employees and puppy raisers and will continue to do so until his resources are closed. | 2021-05-22 |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|---|---|---|---|---|---|---|
| 25. David Revere | Doylestown | davidjrevere@gmail.com | Yes | 2672438686 | I donated and have been following Travis' story quite a long time. As an Autism parent it hurts to see this sort of thing happe to this family and the other families involved. | 2021-05-22 |
| 26. Colleen Walsh | Centerville | wallydo2018@gmail.com | Yes | | | 2021-05-22 |
| 27. Wendy Cushing | Monoe | wcushing915@sbcglobal.net | Yes | | | 2021-05-22 |
| 28. Lisa Davis | Sierra Vista, AZ | lisa@azbuckeye.com | Yes | | | 2021-05-22 |
| 29. Lauren Thomas | Lakeside Park | nlwhitey@hotmail.com | Yes | (859) 341-6734 | I received a dog from SDWR in March 2020. She had clearly not been taken care of and was living in a barn. | 2021-05-22 |
| 30. Christina Hungria | East Sandwich | cclawson5@gmail.com | Yes | | I am a family directly affected by this situation | 2021-05-22 |
| 31. Tamara Smith | Peoria | tamatha278@gmail.com | Yes | | | 2021-05-22 |
| 32. Diane Stanislawski | West Haven | d.stanislawski1@gmail.com | Yes | | My son-in-law is affected by this injustice. | 2021-05-22 |
| 33. Kate Davis | Roanoke | katechloewinkler@aol.com | Yes | (309) 750-6807 | | 2021-05-22 |
| 34. Alyssa Burkhart | Brownsburg | aburkhart01@yahoo.com | Yes | US +1 | I received Ryan from SDWR, not properly or fully trained | 2021-05-22 |
| 35. Erin Smeedy-Atherton | Chambersburg | emsatherton1703@gmail.com | Yes | | I'm signing this petition because I am one of the families that has been impacted by Charles D Warren and his actions. Please do not allow these motions to go through as written and hold this person accountable for the financial and emotional trauma that he has inflicted on so many families. | 2021-05-22 |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|---|---|---|---|---|---|---|
| 36. Justus Smith | Regina | justus.smith@gmail.com | Yes | | My special needs child received a service dog from SDWR, but has not received all the follow up training that was promised. I feel so badly for the other families who fundraised and did not received any animal at all. I personally feel shame from asking friends, family and co-workers to donate money to go to SDWR after learning about how they operated and how negligent they were with those funds. Any proceeds of the sale should go to the victims of SDWR's fraudulent operations. | 2021-05-22 |
| 37. Kristen Stone | Shelton | kristenstone183@gmail.com | Yes | | | 2021-05-22 |
| 38. Sandy Woodward | Madison | swoodward7009@yahoo.com | Yes | | | 2021-05-22 |
| 39. Emily Sagle | Fredericksburg | emilyfsagle@yahoo.com | Yes | (540) 656-7700 | | 2021-05-22 |
| 40. Kimberly Bissett | Fredericksburg | bissett_k@msn.com | Yes | | I'm signing this petition because I am one of the families that has been impacted by Charles D Warren and his actions. Please do not allow these motions to go through as written and hold this person accountable for the financial and emotional trauma that he has inflicted on so many families. My son needed this dog and he lied to me on the phone saying they could provide a service dog. I received a pet that runs from my son and will not perform. Even after training with SDWR. | 2021-05-22 |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|---|---|---|---|---|---|---|
| 41. Marilyn Powers | West haven | rpowers01@snet.net | Yes | 2036878852 | I really think that his wife should also be held responsible for her actions . The money should go to the families that they scammed . These family like mine came together as a last resort to help our loved ones and trusted they would do the right thing not continue to break the hearts of the people that trusted them . | 2021-05-22 |
| 42. Loren Powers | Kalamazoo | lostanislawski@gmail.com | Yes | | | 2021-05-22 |
| 43. John Noonan | Bourne | jenoonan@gmail.com | Yes | | | 2021-05-22 |
| 44. Christian Maule | Jackson | prysm72@sbcglobal.net | Yes | | | 2021-05-22 |
| 45. Sharon Gabriel | Denville | sg1216@gmail.com | Yes | 9084514020 | I'm signing because I was happy to provide towards the cost of a trained service dog for the Hungria family to provide for the assistance and safety of Allan Hungria. I am furious to learn of the deceitful treatment by the the owners of SDWR towards the vulnerable families that trusted them. | 2021-05-22 |
| 46. Jack and Pat Cornelius | Pittsburgh | pcornies1130@gmail.com | Yes | 4154129431 | We donated toward toward our granddaughter's and a please with her dog and deeply saddened by the lack of integrity shown by this organization. | 2021-05-22 |
| 47. Joanne Erdmann | Monroe | jerdmann79@gmail.com | Yes | | | 2021-05-22 |
| 48. Chelsea Marciano Feeney | Levittown | chelseafeeney@hotmail.com | Yes | 5165547007 | | 2021-05-22 |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|---|---|---|---|---|---|---|
| 49. Samantha McDonald Franz | Spotsylvania | samfranznp@gmail.com | Yes | (540) 850-0187 | | 2021-05-22 |
| 50. Becca Holmes | Northford | becca.holmes@gmail.com | Yes | | | 2021-05-22 |
| 51. Erin Cusick | Chadds Ford | erin.mdillon@gmail.com | Yes | | | 2021-05-22 |
| 52. Mark Church | Benton | mchurch167@gmail.com | Yes | | | 2021-05-22 |
| 53. Christian Chada | Madison | chadachristian@gmail.com | Yes | | | 2021-05-22 |
| 54. Amy Zavatsky | Newtown | amyzavatsky@gmail.com | Yes | | | 2021-05-22 |
| 55. Krystyn Serrano | Newport News | gijogurl@hotmail.com | Yes | | This type of scam against vulnerable people should be punishable with getting heavy fines and jail time!! | 2021-05-22 |
| 56. Dan Perdew | Brownsburg | perdew660@yahoo.com | Yes | | | 2021-05-22 |
| 57. Timm Reinhart | Mountain House | timmgreinhart@gmail.com | Yes | 408-210-4472 | | 2021-05-22 |
| 58. Karen Kucky | Shelton | karenkucky@yahoo.com | Yes | | | 2021-05-22 |
| 59. Ella Bissett | Fairmont | esuebissett@gmail.com | Yes | | I'm signing because my grandson was in need of a trained therapy dog for Autism. The dog he received was potty trained, not for Autism. | 2021-05-22 |
| 60. Joel Cowan | Centerville | joel.cowan@candcmfg.net | Yes | | | 2021-05-23 |
| 61. Kate Foley | Monroe | kfoley82@att.net | Yes | 7817188802 | Heartbreaking that these families in good will raised money through their friends, families and communities only to be cheated out of getting what they need, a real service dog to assist their child/ family member. The wife should not receive any proceeds from the sale of the property! | 2021-05-23 |
| 62. Jean Quello | Freeport | jeanquello@gmail.com | Yes | | | 2021-05-23 |

| # | Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|---|------|------|---------------|-----------------|--------------|---------|------|
| 63. | Lisa SKINNER | Fredericksburg | lisaelbonskinner@gmail.com | Yes | 5403104998 | | 2021-05-23 |
| 64. | Kimberly Collis | 2039138059 | kimberlyacollis@gmail.com | Yes | | | 2021-05-23 |
| 65. | Cathie Smeedy | Ramsey | cathie24@optonline.net | Yes | | I donated in excess of $2000 in support of my daughter and her family in securing a trained service dog for my two (2) grandsons diagnosed with Autism. To offer part of the proceeds from the sale of assets to the individual responsible for families either not receiving fully funded dogs or providing dogs not fully trained with no previously guaranteed health certification is unconscionable. The families affected by the SDWR bankruptcy filing are not only suffering a financial cost, there is a huge emotional cost to families, especially with children, who now must explain to them why, after years of fundraising and anticipation, do not have a dog and no chance of receiving one in the near future. I object to the approval of the proposed settlement and respectfully as the Court to reject it. Thank you. Cathie Smeedy | 2021-05-23 |
| 66. | Sierra Abigail | Owatonna | sierra_huisman911@hotmail.com | Yes | | | 2021-05-23 |
| 67. | Leslie McFall | Scott | leslie.danielle@hotmail.com | Yes | | | 2021-05-23 |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|---|---|---|---|---|---|---|
| 68. Margaret Toralti | Placerville | m.toralti@att.net | Yes | 9258952777 | Our family is one of the lucky ones with a well trained beautiful service dog. Our heart breaks for those families in so much need that not only lost money but hope for fulfilling a life challenging need. Any money in the Bankruptcy should go to those people who's dreams were to smashed abruptly. | 2021-05-23 |
| 69. Shannon McAvoy | Germantown | gggooollldddiiieee@gmail.com | Yes | | | 2021-05-23 |
| 70. Elizabeth Starkey | Sheung Wan | elizabethjstarkeyspam@gmail.com | Yes | | | 2021-05-23 |
| 71. Kirsten Kruizenga | Deer Park | kirsten.porembo@gmail.com | Yes | 7155541433 | I donated to a friend's fundraiser to get a service dog, which turned out to be a scam. | 2021-05-23 |
| 72. Lacey Heldebrandt | Nokomis | lacey.heldebrandt@gmail.com | Yes | (217) 823-1249 | I'm signing because we were scammed by this organization. | 2021-05-23 |
| 73. Stephanie Pinney | East Windsor | spin018@yahoo.com | Yes | (609) 540-0405 | I donated and find this incredible sad for everyone involved. | 2021-05-23 |
| 74. Linda Coffman | Elkins | lcoffman1@suddenlink.net | Yes | | I donated money to help buy this "service" dog for my great nephew who has autism. | 2021-05-23 |
| 75. Cara Manns | Stafford | caragwen79@yahoo.com | Yes | | | 2021-05-23 |
| 76. Julie Dolan | Marshfield | julesdolan123@gmail.com | Yes | | | 2021-05-23 |
| 77. Alissa Uss | Shelton | lissa21210@aol.com | Yes | | | 2021-05-23 |
| 78. Rosella Barton | Malverne | rbartuno@gmail.com | Yes | (516) 369-5262 | | 2021-05-23 |
| 79. Stephanie Magner-Tripp | Oceanside | magnertripp@gmail.com | Yes | | | 2021-05-23 |
| 80. Holly Bitner | Baltimore | holly.bitner@gmail.com | Yes | | | 2021-05-23 |
| 81. Thomas Quello | Freeport | tomquello@gmail.com | Yes | 6087282274 | | 2021-05-23 |

| # | Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|---|------|------|---------------|-----------------|--------------|---------|------|
| 82. | Brooke Burke | Pompano Beach | brookeaf516@gmail.com | Yes | (516) 456-9579 | | 2021-05-23 |
| 83. | Bernard Ramchatesingh | Medford | bramchat@gmail.com | Yes | | | 2021-05-23 |
| 84. | Leeann Thornberry | Erwin | rleeannstevens@yahoo.com | Yes | (423) 833-7909 | | 2021-05-23 |
| 85. | Jasmin Gashti | College park , MD | jgashti21@gmail.com | Yes | | | 2021-05-23 |
| 86. | Heather Stone | Bellmore | heatherrnyc@yahoo.com | Yes | 9175921331 | | 2021-05-23 |
| 87. | Rachel Cherkis | Coconut Creek | rachel.cherkis@usa.net | Yes | | I am signing because families of special-needs children have enough challenges and should not be taken advantage of. The people who took advantage of them should have to make reparation and not get away with stealing their money. | 2021-05-23 |
| 88. | Michelle Gray | N Bellmore | shellbyanks@gmail.com | Yes | 9176235756 | My friend was scammed by these people | 2021-05-23 |
| 89. | Marjorie Magnet | New York | margemagner@aol.com | Yes | | | 2021-05-23 |
| 90. | Peter Tripp | OCEANSIDE | petusrocs@gmail.com | Yes | 917 703 0472 | | 2021-05-23 |
| 91. | Gregory Wright | Valley Stream | gwrightstuff@gmail.com | Yes | | I'm signing because committing fraud for a service dog is reprehensible and those responsible must pay for the actions and never be allowed to work with animals again. | 2021-05-23 |
| 92. | Lilia Flores | Littleton | liliaflores637@gmail.com | Yes | 7742457690 | | 2021-05-23 |

| # | Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|---|------|------|---------------|-----------------|--------------|---------|------|
| 93. | Jennifer Biamonte | Holbrook, NY | jen3196@msn.com | Yes | 6466415658 | Our friends were scammed by these people, receiving a dog that was supposed to be trained as a service dog for their son who is non-verbal with autism. The dog was NOT trained to assist their son. Any money remaining should be returned to these families and their donors as the dogs were not delivered and/or trained as promised. | 2021-05-23 |
| 94. | Eric Biamonte | Holbrook, NY | eric61005@gmail.com | Yes | | | 2021-05-23 |
| 95. | Jillmarie Meyer | Mooresville | jms9700@hotmail.com | Yes | | In support of my friends who purchased a unsuitable service dog from this organization, for their son. | 2021-05-23 |
| 96. | Kimberly Guerra | Boston | kimsguerra@gmail.com | Yes | | I donated money to help my friend get a service dog for her husband and I have seen the difficulties they have had needing to retrain the dog. I am appalled that other families raised so much and got nothing for it. | 2021-05-23 |
| 97. | Shannon Dawson | Phoenix az | sdawsonaz@gmail.com | Yes | | I am signing because my family and friends donated money for my daughters service dog that we never received and didn't get any of our money back either. | 2021-05-23 |
| 98. | Karen Kugelman | Crystal Lake | kugelmank@yahoo.com | Yes | | | 2021-05-23 |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|---|---|---|---|---|---|---|
| 99. Jen Cruz | Sheboygan | akashalynx@aol.com | Yes | | I donated to Sophie Schmitt's fundraiser with the intention that she would receive a fully trained service dog from SDWR. This man didn't deliver on his promise and swindled a child and many others out of thousands of dollars. This man is evil. | 2021-05-23 |
| 100. Dan Schmitt | Sheboygan | gr8_outdoors23@yahoo.com | Yes | 19206273695 | Because you stole 25k from our daughter who personally raised selling homemade dog treats... | 2021-05-23 |
| 101. Brian Moseley | Powhatan | brianm@moseleyelectronics.com | Yes | 8043811217 | SDWR is a fraudulent organization and took advantage of every family they did business with, including mine. | 2021-05-23 |
| 102. Brandon Moenning | Sheboygan | moenning23@gmail.com | Yes | | | 2021-05-23 |
| 103. Alexa Tomasello | Turnersville | alexa_cooper@ymail.com | Yes | | | 2021-05-23 |
| 104. Kristin Hocevar | Sheboygan | orchidkris@att.net | Yes | | | 2021-05-23 |
| 105. Jennifer Howes | Lake Geneva | josborne0308@gmail.com | Yes | | | 2021-05-23 |
| 106. Daniel Strano | Mendhm | stranoj@gmail.com | Yes | | I donated to friends' fundraising efforts toward an SDWR dog. | 2021-05-23 |
| 107. Amanda Taylor | Sheboygan | amandataylor2013@gmail.com | Yes | (920) 287-8365 | | 2021-05-23 |
| 108. Tuesday Flickinger | Sheboygan | tweezbabyblues@gmail.com | Yes | | Because it was/ is just wrong, immoral ! | 2021-05-23 |
| 109. Tracy Laudano | Hudson | tracylaudano@gmail.com | Yes | | | 2021-05-23 |
| 110. Crystal Vallone | Plymouth | meerstein80@gmail.com | Yes | | | 2021-05-23 |
| 111. Andrea Niemann | Sheboygan | gsaniemann@sbcglobal.net | Yes | | | 2021-05-23 |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|--------|------|---------------|-----------------|--------------|---------|------|
| 112. Debbie Fine | Prince George | dfine53@gmail.com | Yes | | I sold Dan 5 black Labrador retrievers to be trained as service dogs with the promise I would be made aware of their where about at all times they were placed with families and I have no idea where most of them are. | 2021-05-23 |
| 113. Marie Koxlien | WAUKESHA | mkoxlien@gmail.com | Yes | 2626866765 | | 2021-05-23 |
| 114. Kristen Leikip | Sheboygan | kristenleikip@rocketmail.com | Yes | | I'm signing because we had friends who's daughter raised thousands of dollars for a diabetic alert dog and were completely ripped off. While they got a nice dog, it was not a diabetic alert dog that would cost THOUSANDS of dollars. These people are crooks. | 2021-05-23 |
| 115. Corey Davis | Kannapolis | sthrnchik77@yahoo.com | Yes | 704-298-4781 | | 2021-05-23 |
| 116. Stacia McNulty Ortiz | Medford | s.mortiz000@yahoo.com | Yes | 320 291 7943 | | 2021-05-23 |
| 117. Jodi Sommer | Sheboygan | jsommer430@gmail.com | Yes | 9203770659 | | 2021-05-23 |
| 118. Tammy Dickmann-Flunker | SHEBOYGAN FALLS | cqtammy@hotmail.com | Yes | (920) 918-9649 | | 2021-05-23 |
| 119. Dawn Rosetti | Plymouth | dawnrosetti@icloud.com | Yes | 9202860866 | This is horrible what they have done and need to payback these families | 2021-05-23 |
| 120. Anne Gilbert | East Atlantic Beach NY | anneagilbert@verizon.net | Yes | | This company is a fraud. Can not rightfully support their claims! | 2021-05-23 |
| 121. Tanya Donathan | Vinton | tse0228@aol.com | Yes | 540-353-2012 | We received a service dog that did not get the completed training we were promised. We are going to have to pay to have somebody come and work with him on what we were told he would help with | 2021-05-23 |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|---|---|---|---|---|---|---|
| 122. MarKessa Kranda | Waseca | markessa.baedke.petersen@gmail.com | Yes | 5074133068 | I'm signing because there should be accountability and justice for the families involved. Consequences should be imposed! | 2021-05-23 |
| 123. Heather Muhleka | Bellevue | heathermuhleka@gmail.com | Yes | 4026586579 | SDWR took our $17,000 and did not give our son a dog. | 2021-05-23 |
| 124. Richard Bowling | Marietta | richardbowling070@gmail.com | Yes | (740) 350-3981 | | 2021-05-23 |
| 125. Stacy Murray | Martinsville | gossstacy@yahoo.com | Yes | (765) 341-1944 | | 2021-05-23 |
| 126. Amanda Miller | Martinsville | fire_inspired1220@yahoo.com | Yes | | | 2021-05-23 |
| 127. Lori Siegert | Cleveland | baybeeta@yahoo.com | Yes | | | 2021-05-23 |
| 128. Danielle Johannsen | Sheboygan | dani_faye@hotmail.com | Yes | 9205478496 | | 2021-05-23 |
| 129. Maggie Kissel | Oostburg | mkiss526@hotmail.com | Yes | +1 920-912-2627 | | 2021-05-23 |
| 130. Sue Kendall | Chilton | welshnwire@aol.com | Yes | | I fully supported Sophie and her fundraising efforts | 2021-05-23 |
| 131. Cristina Schnizler | Marietta | cristina.schnizler@yahoo.com | Yes | | I donated to help my cousin raise money for a service dog for her diabetic son. She raised the entire amount required and did not receive a service dog. If anyone should receive money from the bankruptcy proceedings, it should be the families who were harmed by the unlawful actions of the organization and its agents, namely the families who did not receive the services agreed to by SDWR. | 2021-05-23 |
| 132. Norma Schnizler | Healdsburg | schnizler@hotmail.com | Yes | | | 2021-05-23 |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|---|---|---|---|---|---|---|
| 133. Lisa Wallace | Concord | lisa.steppingstones@gmail.com | Yes | (704) 701-5029 | We raised money in memory of my son who died in 2011 and the thousands of dollars given in his name were squandered by these people. The dog given to the family was untrained and unsuitable!!! | 2021-05-23 |
| 134. Michele Rauenhorst | Pinehurst | rauenhorst@frontier.com | Yes | | | 2021-05-23 |
| 135. Ron Joines | Kannapolis | ron.joines@yahoo.com | Yes | +1 704-305-2886 | My Goddaughtrr received a dog that is untrained. Many generous and kind people donated to this cause. Fraud should not go unpunished. | 2021-05-23 |
| 136. Stacy Wiensch | Sheboygan | stacycamaro@yahoo.com | Yes | | | 2021-05-23 |
| 137. Jenny Ochs | Waldo | alziahangel@yahoo.com | Yes | | I am signing because I know how much time and effort this little girl and her family through to raise money for A service dog. I have met The dog they purchased and although a sweet dog is definitely not a service dog. | 2021-05-23 |
| 138. Cara Shanley | Galesville | pgmabu@yahoo.com | Yes | | | 2021-05-23 |
| 139. Barbara Putnam | Waterford | joandeere@aol.com | Yes | 13198533046 | Cheaters need to be held accountable. | 2021-05-23 |
| 140. Starla Willden | Idaho Falls | starlakendall@hotmail.com | Yes | 208-357-8638 | We raised the full amount and never received a dog. All monies collected should go to families and not the Warrens'. They should be responsible for all legal fees and receive nothing. Fraud also needs to be investigated. | 2021-05-23 |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|--------|------|---------------|-----------------|--------------|---------|------|
| 141. Lisa Loring | Huntley | lisaloring@yahoo.com | Yes | 8159151088 | My son worked hard to raised 10k and never got his service dog. | 2021-05-23 |
| 142. Ruth Hodek | Green Bay, WI | hodekrn2@att.net | Yes | | A lot of people were trying to help Sophie raise money to get a service dog that would make managing her diabetes easier. Sophie was defrauded by a cheat who sold her an untrained dog and bragged about it on Facebook. | 2021-05-23 |
| 143. Alison Tait | Antigo | ajtait7@gmail.com | Yes | | | 2021-05-23 |
| 144. Joan Walter | Campbellsport | seeksrainbow@yahoo.com | Yes | 9205335323 | I donated often to one of the children ripped off by these people and she worked very hard for the dog was given that is not a service dog and was not trained as one. She needed this dog badly and these people are crooks! | 2021-05-23 |
| 145. Tanya Greiner | Harrisburg | tlcreasy@yahoo.com | Yes | | | 2021-05-23 |
| 146. Jessica Andrews | Cape Coral | floridares2005@yahoo.com | Yes | 2395808882 | My friend's daughter got scammed out of 25K by this company trying to get a diabetic alert dog. | 2021-05-23 |
| 147. Regina Diefenderfer | Danielsville | diefenderferg@gmail.com | Yes | 6105731686 | What happened was wrong. Justice is needed. | 2021-05-23 |
| 148. Courtney Van Ess | Sunland CA | cavegirl105@gmail.com | Yes | | My friends daughter was bilked out of money from this man and his organization. | 2021-05-23 |
| 149. Kimberly Neidert | Sheboygan | neidertfamily@yahoo.com | Yes | (920) 918-3078 | | 2021-05-23 |
| 150. Dana Noll | Saint Clair | noll_dana@yahoo.com | Yes | | | 2021-05-23 |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|--------|------|---------------|-----------------|--------------|---------|------|
| 151. Karin Nicholas | Sheboygan | karinketterman@gmail.com | Yes | | I'm signing this because it is beyond terrible what this man has done to these families. They worked so hard to raise money for this dog. A person that scams the vulnerable is the lowest kind of person. These families deserve their money back. | 2021-05-23 |
| 152. Leslie Verhelst | Oostburg | lever6014@gmail.com | Yes | (920) 627-2451 | Many people tried to help get a service dog for a young girl only to have her hard earned money stolen from her. | 2021-05-23 |
| 153. Steve Spurgeon | Camby | slsjr2@gmail.com | Yes | | I'm signing because these people stole more than just money; they took time, hope, and enjoyment from friends who needed a medical service dog. | 2021-05-23 |
| 154. Zoe Dwelle | Richmond | zoedwelle98@gmail.com | Yes | | | 2021-05-23 |
| 155. Katelyn Parisi | Hollidaysburg | kparisi41@gmail.com | Yes | | | 2021-05-23 |
| 156. Joy Hirth | Plymouth | cowgirlnana57@gmail.com | Yes | | These families were intentionally taken advantage of and paid huge amounts of money for these dogs. They deserve to have it refunded. | 2021-05-23 |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|--------|------|---------------|-----------------|--------------|---------|------|
| 157. Keith Smith | Vevay | catfan6971@hotmail.com | Yes | 5025250830 | We raised the required money and did not receive In return what we had raised said money for. We received absolutely nothing. Why should they profit even more from destroying the hopes and dreams of my diabetic son who was looking very much forward to his dog and the ease of mind myself and my family would/should have had with such a powerful tool at our disposal for the health and well being of our son. | 2021-05-23 |
| 158. Caroline Pryor | West Des Moines | pryor_caroline@yahoo.com | Yes | | I'm signing because I donated to SDWR and am saddened by the events that took place. | 2021-05-23 |
| 159. Jeff Hutt | Philadelphia | 69cutlasskid@gmail.com | Yes | (267) 471-3628 | Co-owner of Heddy. | 2021-05-23 |
| 160. Susan Crabb | Martinsville | susancrabb@yahoo.com | Yes | 8123910296 | I'm signing because my friend lost $25,000 hard earned dollars for a service dog they never received. | 2021-05-23 |
| 161. Randy Whitehead | Cedar Rapids | randy.whitehead@mchsi.com | Yes | | | 2021-05-23 |
| 162. Karen whitehead | Cedar Rapids | ka.whitehead@mchsi.com | Yes | 3196515125 | | 2021-05-23 |
| 163. Ruth Villareal | Sheboygan | zainiebrainy@yahoo.com | Yes | (920) 254-2458 | Accountability is all we have to protect our most vulnerable in such situations. | 2021-05-23 |
| 164. Scott Allen | Ashland | scoallen33@gmail.com | Yes | 570-713-8488 | I feel what sdwr did to all of these people was wrong and things should be made right. He should not get off easy. | 2021-05-24 |
| 165. Heather O'Connor | Gaithersburg | heather.oconnor13@gmail.com | Yes | | We raised $25,000 to obtain a service dog who was supposed to | 2021-05-24 |

| Schmidt # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|---|---|---|---|---|---|---|
| | | | | | come with a guarantee of ongoing lifetime professional dog training. This dog was to support and protect our son from eloping, to provide him comfort when he got upset and to be an unconditional buddy to him even during a crisis. We have over 100 donors who have contributed to our campaign. They gave money to support our son, not anyone in the Warren Family. If there is any money obtained from the sale(s) of Dan Warren's property(s), that money should go to my family and all the other families, who did not receive the service, which we were promised. Dan Warren is a grown man. He, nor anyone in his family, namely, his mother should not receive the proceeds of the sale(s) of their possessions. Essentially, the Warren Family stole "our" money to payoff their $650,000 house and farm in less than 8 years. When their property gets sold, that money that should go back the donors and/or contributors, so that those people can make a decision as to what they want to do with the money, which was to support the life of a struggling child, not a grown man who made a big mistake. | |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|--------|------|---------------|-----------------|--------------|---------|------|
| 166. Timothy Atherton | Chambersburg | taatherton@gmail.com | Yes | 7179403653 | We raised all the money required and received an untrained dog for our 2 boys that are Autistic. | 2021-05-24 |
| 167. Kate Ulmer | Cedar Rapids | kateulmer@hotmail.com | Yes | 319-329-8360 | Katherine Ulmer This is my daughter that got scammed!!!! | 2021-05-24 |
| 168. Shaun Brachmann | Sheboygan | shaun.brachmann@gmail.com | Yes | | | 2021-05-24 |
| 169. Jocelyn Miller | Richmond | jocie19@vt.edu | Yes | 4345688244 | The families and people this company hurt and took advantage of deserve justice. | 2021-05-24 |
| 170. Ken Schmidt | Gaithersburg | kennethschmidt67@gmail.com | Yes | 4109918364 | I'm signing because none of the Warren Family should receive financial compensation from this bankruptcy as they stole money from families hoping to create a better life for their loved ones. | 2021-05-24 |
| 171. Linda Fegan | Rockville | lspiker@shentel.net | Yes | 5403357228 | | 2021-05-24 |
| 172. Michaela Pierson | Martinsville | mickeymp89@gmail.com | Yes | (765) 342-0108 | | 2021-05-24 |
| 173. Judith Prange | Plymouth | j.prange@hotmail.com | Yes | | Too many familys worked so hard to raise money in the hopes of paying for a service dog. They were cheated with a dog unable to help their family. So many of these children were unable to have a normal life and lost hope. | 2021-05-24 |
| 174. Michelle Klatz | Long Beach | mgklatz@gmail.com | Yes | | | 2021-05-24 |
| 175. Jen Allen | Muncy | jt_lucky11@yahoo.com | Yes | 4106272328 | I'm signing because my niece and family were raising money for a seizure support dog and the money was stolen by this man. He took the money and ran leaving my niece with nothing. | 2021-05-24 |
| 176. Debrah Smith | Martinsville | nanasoblest@gmail.com | Yes | 317-496-4031 | We donated and our friends child did not receive a dog | 2021-05-24 |
| 177. Paula Moyer | Bethesda | paula621p@yahoo.com | Yes | | | 2021-05-24 |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|--------|------|---------------|-----------------|--------------|---------|------|
| 178. Lori Nimtz | Martinsville | dlnimtz@yahoo.com | Yes | | I saw first hand the hard work that goes in to this. My son and daughter-in-law had fundraiser after fundraiser in order to get the money for my grandson (with type 1 diabetes) to have a service dog. Only to see that dream fall apart by what SDWR has done not only to them but other families hoping for the same. | 2021-05-24 |
| 179. Lynn Paluzzi | Elysburg | lynnmaddenrf@gmail.com | Yes | | I'm signing this petition because I donated money to help pay for a much needed potentially life saving service dog for my friend's daughter. I'm my eyes the money was unlawfully stolen and this selfish act could come at a very significant cost. | 2021-05-24 |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|---|---|---|---|---|---|---|
| 180. Emma Zuidema | Reston | eezuid@gmail.com | Yes | 2038044815 | I adopted a 5 year old yellow lab, Fred, from SDWR in April 2020. Fred came to me underfed, with double ear infections, and broken teeth. I reached out to SDWR to tell them whoever had been taking care of Fred was neglectful. I never heard back from them despite calling 3 times. Through a Facebook group, I found Fred's puppy raiser and learned of the pattern of negligence, poor communication and training, inconsistency, and deceitful behavior of the organization by SDWR toward the families and puppy raisers who trusted them. I support any action restricting Warren Retrievers from continuing this harmful endeavor in any way possible. | 2021-05-24 |
| 181. Brenda Olson | Deer Park | bsolson81@yahoo.com | Yes | | We were devastated when we found out that we had raised $20,000 just to be swindled by this con man and his family. My autistic grandson broke another window with his head today because he couldn't self regulate. This is the third window he has broken when he is distressed using his head. Our family is furious!!! | 2021-05-24 |
| 182. Catherine Cooper | Orwigsburg | cac237@psu.edu | Yes | 5706175195 | | 2021-05-24 |
| 183. Melissa Michalik | Clearwater | michalikmel@gmail.com | Yes | | | 2021-05-24 |

FILED LYNCHBURG, VA
U.S. BANKRUPTCY COURT

MAY 2 8 2021

By _____
DEPUTY CLERK

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|---|---|---|---|---|---|---|
| 184. Becky Schmitt | Sheboygan | beckylakelandtech@outlook.com | Yes | | My daughter raised over 20k selling dog treats and did not receive a diabetic alert dog as promised by sdwr | 2021-05-24 |
| 185. Danielle Hutchinson | Plainfield | dsweet3892@gmail.com | Yes | | | 2021-05-24 |
| 186. Katya Downey | Monroe | komanska@hotmail.com | Yes | | | 2021-05-24 |
| 187. Ashley Komosinsky | Shenandoah | aislin01@yahoo.com | Yes | 5705902343 | | 2021-05-24 |
| 188. Lisa Keller | Mount Arlington, NJ | spedrc@hotmail.com | Yes | | | 2021-05-24 |
| 189. Amy Polites feese | Mt Carmel | atfeese@gmail.com | Yes | 570-217-7183 | I supported a fundraising campaign for a desperate family that was given false hope, and swindled by the Warrens. They prey on vulnerable people. They knew that people who loved those afflicted with various maladies would open their pockets wide, thus creating additional victims. They crushed dreams of independence, pulled away the promised supports, damaged already struggling families, created doubt and skepticism for charitable donors, all for the purpose of their own self interest. These are evil people who prey upon the most vulnerable among us, to go unpunished would be a travesty, and wholly unjust. | 2021-05-24 |
| 190. Lois Deerberg | Cedar Rapids | ladeerberg@gmail.com | Yes | | I helped someone get a dog and she was treated unfairly. | 2021-05-24 |
| 191. Beverly Wilson | Kensington | bevparkswilson@hotmail.com | Yes | 2406049530 | | 2021-05-24 |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|---|---|---|---|---|---|---|
| 192. Tara Murtlow | Martinsville | tarapieceofpaper@ymail.com | Yes | (765) 346-6254 | | 2021-05-24 |
| 193. Analuz Hernandez | Bakersfield | analuzpalafox@gmail.com | Yes | 661-477-1181 | I am signing this because my family was raising funds for an autism service dog and lost so much because of SDWR. | 2021-05-24 |
| 194. Melanie Styan | Petawawa | melaniestyan@yahoo.ca | Yes | 3068520068 | I'm signing because we received a dog, but as he is 5, we will not be able to utilize the lifetime health guarantee. We have already had to have a lump removed from in our dogs mouth. | 2021-05-24 |
| 195. Anneli Bergman | Nürnberg | annelibergman@icloud.com | Yes | | | 2021-05-24 |
| 196. Dot Green | Fredericksburg | dgreen0527@gmail.com | Yes | 5406237724 | I've witnessed first hand how SDWR operates and it's awful! | 2021-05-24 |
| 197. Missy Faul | Ortley Beach | missyfaul@aol.com | Yes | 9737148264 | As a guardian of a special-needs person I find it deplorable that people take it vantage of the vulnerable! This company should be punished for making promises that they never planned to keep! | 2021-05-24 |
| 198. joann jacavage | Shenandoah | jacavage1@verizon.net | Yes | 5708759695 | It was my daughter that was DOOPED !! | 2021-05-24 |
| 199. John Moyer | Bethesda | john@moyer.us | Yes | | | 2021-05-24 |
| 200. Katherine collaros | Maineville | kcollaros@gmail.com | Yes | 772-678-9681 | | 2021-05-24 |
| 201. Mary Anne Chetirko | Scotch Plains | m8426ch@gmail.com | Yes | | | 2021-05-24 |
| 202. Tani Ketter | Adell | kettert@hotmail.com | Yes | | | 2021-05-24 |
| 203. Emmanuel Collaros | Maineville | ecollaros@gmail.com | Yes | | | 2021-05-24 |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|---|---|---|---|---|---|---|
| 204. Bruce Moseley | Moseley | brucem@moseleyelectronics.com | Yes | | My grandson is autistic. Our entire family fund raised for a service dog and I even got my entire church involved. The dog is a great pet but by no means is this a service dog. | 2021-05-24 |
| 205. Jen Meszaros | Madison | jtmesz@aol.com | Yes | (540) 407-1505 | I saw first hand how Dan Warren talk to hopeful clients and prey on their emotions with promises of dogs that would change their lives knowing he was delivering untrained dogs-taking them from puppy raisers houses and delivering them to hopeful families 2 days later as "trained" dogs. I saw him tell clients to keep fundraising with him after said dog was delivered so they would have the 25,000 when their current dog was ready to retire. I saw him tell clients that the dogs received 2 months of training on the farm before they were delivered. | 2021-05-24 |
| 206. Angela Chambers | Indianapolis | amchambers75@gmail.com | Yes | | | 2021-05-24 |
| 207. Robin Richter | Campbellsport | robinm8850@yahoo.com | Yes | | | 2021-05-24 |
| 208. Michelle Bernier | Fort Kent | deerhunter247_6@hotmail.com | Yes | | | 2021-05-24 |
| 209. Tammi Mansolf | Waltham | tmansolf@hotmail.com | Yes | | | 2021-05-24 |
| 210. Raquel clark | merrick | ralmodovar388@gmail.com | Yes | 5512060709 | | 2021-05-24 |
| 211. Jenifer Davol | West haven | pizzapiegirl1@gmail.com | Yes | | | 2021-05-24 |
| 212. Crystal Philp | Cedar Falls | got2luvbrody@aol.com | Yes | 3194641171 | We were raising money and sent in to SDWR for a service dog for our son and never received one. | 2021-05-24 |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|---|---|---|---|---|---|---|
| 213. Alfred Erickson | Kingston, Idaho | shitter1942@gmail.com | Yes | | A contract was signed by Dan Warren and my Daughter in law, Dan needs to honor his end or make it right! Service Dogs should not have behavior issues! | 2021-05-24 |
| 214. Dorothy Erickson | Kingston, Idaho | ericksondorothy27@gmail.com | Yes | | A contract was signed by Dan Warren and my Daughter in law, Dan needs to honor his end or make it right! Service Dogs should not have behavior issues! | 2021-05-24 |
| 215. Sarah Glasscock | Martinsville | ryansmom125@hotmail.com | Yes | | | 2021-05-24 |
| 216. Rebecca Folk | Brownsburg | rebecca.folk@comcast.net | Yes | 8157425311 | | 2021-05-24 |
| 217. Joseph Kaeser | Canton | jkaeser00@gmail.com | Yes | 7703309910 | | 2021-05-24 |
| 218. Ed O'Connor | Succasunna | efojr@yahoo.com | Yes | | | 2021-05-24 |
| 219. Melissa Wynn | Paragould | theforgivenchild@gmail.com | Yes | | My family was adversely affected by this organization as well as many others. Reparation should be the first order of business with any assets and property associated with this organization. | 2021-05-24 |
| 220. Jennifer Rankin | Rocklin | jrankin629@gmail.com | Yes | 6095027565 | The families deserve better! | 2021-05-24 |
| 221. Nicholas Hernandez | Bakersfield | kukuey@hotmail.com | Yes | | | 2021-05-24 |
| 222. Molly Shurm | Hanover | mollyshurm@gmail.com | Yes | (804) 690-9317 | | 2021-05-24 |
| 223. Audrey Capogrosso | Long Valley | giamarese@yahoo.com | Yes | | I donated in good faith so Keegan could have this specially trained dog. He has the dog but it wasn't trained to meet his needs as promised. SDWR doesn't deserve to be rewarded for their failure to fulfill their obligations. | 2021-05-24 |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|--------|------|---------------|-----------------|--------------|---------|------|
| 224. Catherine Amann | Monroe | claate1@netscape.net | Yes | | I donated $400 for a diabetic friend of my daughter's to have a service dog who could detect a medical emergency related to her diabetes while she is driving. I am now concerned for this young woman's health and safety. | 2021-05-24 |
| 225. Isabella Flores | Littleton | anaisabellaflores@gmail.com | Yes | | | 2021-05-24 |
| 226. Lily Anzalone | Medford | lilyanza1112@gmail.com | Yes | | | 2021-05-24 |
| 227. Teena Collier | Martinsville | uptowngranny@yahoo.com | Yes | 7653410213 | | 2021-05-24 |
| 228. Emily Monroe | Port Washington | emmyrae_512@hotmail.com | Yes | | | 2021-05-24 |
| 229. Rebecca Enriquez | Elk Grove | rebeccalenriquez@hotmail.com | Yes | | I'm signing because me and so many other people paid money for dogs that either they can't use or they never got and that is not ok !!!! They should not get a penny!!! | 2021-05-24 |
| 230. Ismael Sanchez | Bridgeport | canman29x@gmail.com | Yes | 14752570572 | | 2021-05-24 |
| 231. George DaCosta | Shelton | lularoegeorgeanne@gmail.com | Yes | | My friend is diabetic and this dag trained properly can save her life. LITERALLY!!!! | 2021-05-24 |
| 232. Mark Burkhart | Brownsburg | willie2101@yahoo.com | Yes | | | 2021-05-24 |
| 233. Carol Schratzmeier | Virginia Beach | cschratz@yahoo.com | Yes | 7574741652 | | 2021-05-24 |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|---|---|---|---|---|---|---|
| 234. Charles Barry | Silver Spring, MD | charles_barry@alumni.brown.edu | Yes | | My girlfriend was a puppy raiser. We spent 18 months caring for a dog with little to no contact from SDWR. They had 3 total training sessions held in that span, of which we could make 1. The dog was pronounced unsuitable for service dog behavior by our veterinarian. Fast forward to the end, SDWR said they needed the dog back within the week. We wanted to fight legally but knew it was not a fight we could win. After giving the dog back, we identified the family who she was placed with, and learned they had gotten the dog less than 2 weeks after the dog was taken from us. No formal training was given, and the family has spoken to us saying that the dog is no better than a household pet. They spent $25,000 on a household pet, and SDWR has done near nothing to help rectify the issues they were facing. This dog was scared of EVERYTHING, and continues to be so as we have heard from them. | 2021-05-24 |
| 235. Lila Azhari-Harris | Madison | lazhariharris@gmail.com | Yes | 540-272-7215 | | 2021-05-24 |
| 236. Mary Ross | Ocean Springs | goose2975@gmail.com | Yes | | | 2021-05-24 |
| 237. Katie Bloom | Monroe | kbloom@westportps.org | Yes | | I organized a fundraiser and donated a large amount of money to support the purchase of one of these puppies. | 2021-05-24 |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|---|---|---|---|---|---|---|
| 238. Heather Hoffman | Redford | hoffman_family2000@yahoo.com | Yes | | | 2021-05-24 |
| 239. Brian Tomasello | Turnersville | brian.tomasello@yahoo.com | Yes | 6098054452 | | 2021-05-25 |
| 240. Sandra Falatko | Silver Spring | sfalatko@gmail.com | Yes | | | 2021-05-25 |
| 241. Nancy Pearce | Elizabethtown | mormorwyn@gmail.com | Yes | | | 2021-05-25 |
| 242. Lindsay Masters | West Seneca | lindsayrmasters@gmail.com | Yes | | I'm signing because they fraudulently sold my sorority sister an untrained dog and took her money! | 2021-05-25 |
| 243. Alyson Witt | Homer | alw02943@sjfc.edu | Yes | | I was wronged by SDWR. Although I did receive a dog, he did not receive the professional training we were promised. This training was the majority of the money we paid for. | 2021-05-25 |
| 244. Bonnie Gibb | Chelmsford | bonniegibb325@gmail.com | Yes | 7819626927 | I supported financially and still want to show my support for L. and his family. | 2021-05-25 |
| 245. Erin Delanty | Walnut Creek | erindelanty@gmail.com | Yes | 9253570220 | | 2021-05-25 |
| 246. Charles Gray | Everett | arkifornian@yahoo.com | Yes | | I donated under the belief that this organization would fulfill their contractual obligations to the families in need. | 2021-05-25 |
| 247. Alyssa Smith | Cortland | asmith932@yahoo.com | Yes | (607) 745-5593 | | 2021-05-25 |
| 248. Steven Miller | Martinsville | craftymom1220@gmail.com | Yes | | | 2021-05-25 |
| 249. Paul Parker | Martinsville | singhissong@hotmail.com | Yes | 765-610-2294 | I'm signing this petition because we donated to help get Trey a service dog and we feel that the company misled the family and cheated them out this raised monies. | 2021-05-25 |
| 250. Brett Philp | Cedar falls iowa | philpbrett@gmail.com | Yes | 3194641754 | | 2021-05-25 |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|---|---|---|---|---|---|---|
| 251. Schnizler Charles | Martinsville | charles_wesley88@hotmail.com | Yes | (317) 504-5434 | | 2021-05-25 |
| 252. Trisha Cleary | Seymour | trishacleary@gmail.com | Yes | | | 2021-05-25 |
| 253. Robert Clark | Merrick | rclark388@gmail.com | Yes | 551 574 0219 | | 2021-05-25 |
| 254. Jeff Hutt | Langhorne. Pa. | jhuttcarpentry@aol.com | Yes | 267 471 3480 | I donated to my SDWR for my grandsons dog, convinced friends family and some of my customers to also donate. My grandson Travis Hutt got a very poorly trained dog. | 2021-05-25 |
| 255. Pedro Flores | Framingham | pedroflores3210@gmail.com | Yes | | | 2021-05-25 |
| 256. Shane Witt | Homer | witter2010@hotmail.com | Yes | 6075911080 | SDWR in no way held up their end of contract. We lost vital training and support and have a dog with anxiety issues to now try and pay someone else to correct. Both Dan and his wife are responsible and neither deserve to have any leniency. They stole from disabled children. | 2021-05-25 |
| 257. Laura Deitsch | Hamilton | ldeitsch@cinci.rr.com | Yes | | | 2021-05-25 |
| 258. Heather Spurgeon | Martinsville | hr_spurgeon@hotmail.com | Yes | | We raised all the money needed to get our son a diabetic alert dog but never received it. | 2021-05-25 |
| 259. Michelle Turi | Randolph | michelleturi@gmail.com | Yes | | | 2021-05-25 |
| 260. Arleen OConnor | Mt Arlington | bervar1@yahoo.com | Yes | | | 2021-05-25 |
| 261. Rebecca Stroschein | Sheboygan Falls, WI | rebeccastro81@yahoo.com | Yes | | My friend's daughter was scammed by this man after working so hard to raise funds for her dog. This is absolutely heart wrenching and these families deserve justice! | 2021-05-25 |
| 262. Beth Goldberger | North Potomac | bethgoldberger@gmail.com | Yes | (240) 460-3404 | | 2021-05-25 |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|---|---|---|---|---|---|---|
| 263. Stacey Curti | Fairfield | staceycurti@sbcglobal.net | Yes | | | 2021-05-25 |
| 264. Darren Hebenton | Fairfield | mrdsh@hotmail.com | Yes | 4435203005 | I am signing this petition because no entity or individual should benefit from a bankruptcy declaration that has cost financial and emotional damage to others. Money should be provided to the families of the dogs who did not receive the training they were entitled to as part of the program. | 2021-05-25 |
| 265. Haley Hebenton | Fairfield | hebentonh@gmail.com | Yes | | | 2021-05-25 |
| 266. Richard Howes | Lake Geneva | richardhowesii92@gmail.com | Yes | 9203829384 | | 2021-05-25 |
| 267. Dina Webb | Maynard | wildwebbgang@hotmail.com | Yes | | I donated funds toward a service dog. | 2021-05-25 |
| 268. Laura Marquez | Coventry | whitneyanna@yahoo.com | Yes | 8607427054 | We worked hard to raise $25K and we had so many who gifted to our daughter towards an autism service dog....then the monies earned over and above were put into a "Hope Chest" fund for the next service dog once the first (untrained autism service dog) retired. That $$ is long gone with nothing to show for it. We received a good pet but not an autism service dog by any means. Highly disappointed to think that he, his spouse or mother would receive ANY portion of any settlement. Unjust if they do.. People with disabilities have a hard enough time getting through life. What was supposed to be helpful has been SO harmful. | 2021-05-25 |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|---|---|---|---|---|---|---|
| 269. Pamela Tedesco | West Chester | pamted@hotmail.com | Yes | | | 2021-05-25 |
| 270. Brooksley Bolesta | Frederick | brooksleymarieb@gmail.com | Yes | | Signing as a very disappointed and taken advantage of puppy raiser! | 2021-05-25 |
| 271. Crystal Shifflett-James | King George | ladebug0913@gmail.com | Yes | (540) 845-4765 | I'm signing because... I received a "service dog" from SDWR. My contract has not be fulfilled as obligated. | 2021-05-25 |
| 272. Ambber Cannon | Winder | amber.n.cannon13@gmail.com | Yes | | I donated towards a diabetic service dog for my cousin's son, and they were robbed. | 2021-05-25 |
| 273. Jamie Oberto | Waterford | jamie.oberto@gmail.com | Yes | | I'm signing this because we raised $25,000 and never received a service dog. | 2021-05-25 |
| 274. Scott Oberto | Waterford | theedredlord@gmail.com | Yes | | I'm signing this because we raised $25,000 and didn't receive a service dog. | 2021-05-25 |
| 275. Elizabeth Phillips | Somerdale | zie0202@msn.com | Yes | | | 2021-05-25 |
| 276. Sandra Chiz | Manteno | squellochiz@yahoo.com | Yes | | | 2021-05-25 |
| 277. Tania Taylor | Boston | ymt310@gmail.com | Yes | 5085969371 | My family was scammed by this horrible man | 2021-05-25 |
| 278. Carole Saunders | Southboro | carole54@aol.com | Yes | | I donated quite a bit of money to help provide my grandson with a service dog that was promised by SDWR. After fundraising for a year and collecting the funds required by SDWR and the funds submitted to SDWR the dog was never delivered as promised. | 2021-05-25 |
| 279. Kristina Arroyo | Fayville | karroyo.hk@gmail.com | Yes | | We paid in full and never received a ASD for my son who has autism. | 2021-05-25 |
| 280. Richard Saunders | Southborough | ras1714@aol.com | Yes | 617-803-2817 | Family member was victim of fraud case against the plaintiff | 2021-05-25 |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|---|---|---|---|---|---|---|
| 281. Carrie Taylor | Marysville | carriebeebe@gmail.com | Yes | (614) 949-8899 | | 2021-05-25 |
| 282. Matthew Taylor | Marysville | matt.taylor33@gmail.com | Yes | 6145172142 | | 2021-05-25 |
| 283. Zachary Taylor | Boston | zctact@aol.com | Yes | 507-524-4311 | I'm signing because these families have been through enough, they work day after day taking care of their disable family members and Mr. Warren and family has take advantage of them. As a parent you know your child's behavior patterns and there is no way his mother was unaware of his deceitful and illegal business activities. | 2021-05-25 |
| 284. Claire Fortier | Coventry, RI | claireslp@mac.com | Yes | | I am signing because we raised money and received a service dog, but have not received the training we were promised for the money we raised. | 2021-05-25 |
| 285. James Fortier | Coventry, RI | golffortier1@mac.com | Yes | | I am signing because I raised money and received a service dog, but did not get the training promised in the contract with SDWR. | 2021-05-25 |
| 286. Tina Rhoades | Lakeside | offrhoaders@gmail.com | Yes | | | 2021-05-25 |
| 287. Linda Butts | Sheboygan | hadassah.and.abigail@gmail.com | Yes | 9204538908 | | 2021-05-26 |
| 288. Danielle Smith | Austin | smithdanielle114@gmail.com | Yes | | | 2021-05-26 |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|--------|------|---------------|-----------------|--------------|---------|------|
| 289. Kimberly Mason | Westminster | kmason9397@gmail.com | Yes | | I was directly affected by Charles Dan Warren's corrupt practices. I have life-threatening health conditions/diseases that Mr Warren deceived and preyed upon my vulnerabilities. I lost $20,000! Very coercive! This is blackmail, extortion, straightforward FRAUD! | 2021-05-26 |
| 290. Douglas Adams | Annapolis | doug.f.adams21@gmail.com | Yes | | | 2021-05-26 |
| 291. Chelsea LaClare | Loganville | chelsea@laclare.net | Yes | | | 2021-05-26 |
| 292. Christian Arroyo | Southborough | carroyo83@gmail.com | Yes | | We paid in full and received no dog for my son who has autism | 2021-05-26 |
| 293. Tiffany Filomena | Stoney Beach | tfilomena16@yahoo.com | Yes | | | 2021-05-26 |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|---|---|---|---|---|---|---|
| 294. Elizabeth Thomas | Clayton | inhisgrip77@yahoo.com | Yes | | I received an untrained dog after paying and raising thousands of dollars! Our friends, family, church, and community all contributed to a supposed non profit to help us get a life saving service dog for our son. All we have is an untrained dog. It is clear that Mr. Warren's mother Marianne Warren was actively involved in this scam and should absolutely NOT receive any money from this! I simply cannot understand why she has not been investigated for her obvious involvement in this elaborate scam. The monies should ethically be returned to the families/donors that worked so hard to raise these thousands of dollars (or paid out of their own pockets) that were stolen from us to support their lavish lifestyle. I absolutely object to the Marianne Settlement Motion. It is absolutely ridiculous to even consider giving her money that rightfully belongs to the families of kids who desperately needed and were promised life-saving service dogs. Please do what is right and remove the Marianne Settlement Motion and give that designated amount back to the families who rightly deserve those monies. | 2021-05-26 |
| 295. Christy Parker | Martinsville | cbparker72@gmail.com | Yes | (765) 346-7344 | | 2021-05-26 |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|--------|------|---------------|-----------------|--------------|---------|------|
| 296. Carla Perkins | Brownsburg | c3perkins8@sbcglobal.net | Yes | 3176976393 | | 2021-05-26 |
| 297. Teresa Kopecky | Las Vegas | tkopecky472@gmail.com | Yes | (702) 236-3459 | I was a donor | 2021-05-26 |
| 298. Jay Corcoran | Annapolis | jcc21401@gmail.com | Yes | | | 2021-05-26 |
| 299. J Scott Atherton | Catawissa, PA | jsjathertons@icloud.com | Yes | 570-594-2377 | I am a donor to a family that did receive a dog, but their dog has not been completely trained to be able to perform his duties as an Autism Support dog. | 2021-05-26 |
| 300. Mandy Hobbs | Pittsburg | mandyhobbs77@gmail.com | Yes | 903-916-2020 | I am a previous buyer of a Labrador retriever from SDWR. Since that time in 2014, I have referred numerous families to this company. Two of these families raised the entire $25,000 and was submitted to SDWR in which that company then filed bankruptcy. I am signing this petition because in no form or manner does Dan Warren or his mother deserve any compensation of money. | 2021-05-26 |
| 301. Christina Gates | Elkhart | mariegates2019@gmail.com | Yes | | | 2021-05-26 |
| 302. Eleanor Croze | Lafayette | brjeec@earthlink.net | Yes | | | 2021-05-26 |
| 303. James Gilbert | New City, NY | jrgilbert47@gmail.com | Yes | +19145365118 | I'm signing because I have donated to a service dog and am concerned that the recipient will not get all the services he and his family are entitled to. | 2021-05-26 |
| 304. Guisela Lopez | Maryland | patricia0306@hotmail.com | Yes | | I'm singing because I'm supporting the families affected for this situation | 2021-05-26 |
| 305. Malgorzata Bergman | Borlänge | maggan.bergman@icloud.com | Yes | +46730246466 | | 2021-05-26 |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|--------|------|---------------|-----------------|--------------|---------|------|
| 306. Amy Loureiro | Denville | amyloureiro@gmail.com | Yes | (201) 919-6798 | | 2021-05-26 |
| 307. Howard Evans | Palmyra | guie6666@gmail.com | Yes | | | 2021-05-26 |
| 308. Teddi Bewernitz | Mount Airy | missteddi@gmail.com | Yes | | I contributed to one of the fundraisers for a little boy I know. This is terrible! | 2021-05-26 |
| 309. Janisann Hay | Silver Spring | janisann.hay5@gmail.com | Yes | 3012108600 | I am signing because this agreement unfairly favors the owners and leaves no resolution for the families left behind | 2021-05-26 |
| 310. Sofia Bäckström | Göteborg | sofia.backstrom@teacher.eursc.eu | Yes | | | 2021-05-26 |
| 311. Stephen Morris | Ludlow | scmorris@charter.net | Yes | | | 2021-05-26 |
| 312. Curt Badura | Flowery Branch | crbadu0885@gmail.com | Yes | | | 2021-05-26 |
| 313. Larysa Cohen | Columbia | larysa@larysa.net | Yes | | | 2021-05-26 |
| 314. Mary Beaumier | Adelphi | maryannhdb@gmail.com | Yes | 301-675-5129 | Anyone who can take advantage of fragile populations with dishonest promises deserves no consideration. | 2021-05-26 |
| 315. Berna Leyva | Liberal | leyva.berna@gmail.com | Yes | 6203912580 | | 2021-05-26 |
| 316. Maureen Fiudo | Chesterfield | maureen.buck123@gmail.com | Yes | | I am signing because my epileptic husband (also a cancer patient) had raised over half of the money for a dog, even contributing a large sum ourselves. | 2021-05-27 |
| 317. Debra Schmitt | Sheboygan | dsch950191@hotmail.com | Yes | 9204580896 | | 2021-05-27 |
| 318. Debra Salvas | Monroe | salvasfamily@yahoo.com | Yes | | | 2021-05-27 |
| 319. Jill Allen | Ashland | bean_309@msn.com | Yes | 5707138491 | | 2021-05-27 |
| 320. Gregory Fiudo | Cheaterfield | gregmfiu@gmail.com | Yes | | | 2021-05-27 |
| 321. Colleen Williams-Wright | Halfmoon | colleenw@nycap.rr.com | Yes | 5184239717 | | 2021-05-27 |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|---|---|---|---|---|---|---|
| 322. Roxanne Daily | Ash Flat | the_dailys@ymail.com | Yes | 4799709732 | My son's dog did not get trained as promised | 2021-05-27 |
| 323. Scott Daily | Ash Flat | scottrdaily@yahoo.com | Yes | 4792640174 | | 2021-05-27 |
| 324. Audrey Fiudo | Lake St. Louis | audreyphilomena@gmail.com | Yes | 6366754930 | | 2021-05-27 |
| 325. Sheila Noonan | Mashhpee, MA | noonan_31@msn.com | Yes | | To help those deceived by SDWR. | 2021-05-27 |
| 326. April Alford | Palm Beach Gardens | aprillalford@gmail.com | Yes | 6037673032 | I have a service dog. My friends dog had potential. It was never met. Barron deserved better as did the young adult who got him | 2021-05-27 |
| 327. Mahdy Bolton | Mooresville | mandy131978@gmail.com | Yes | 3177533011 | | 2021-05-27 |
| 328. Sheridan Hotung | Gainesville, VA | hotpickshea@gmail.com | Yes | | I know how much Keegan needs this dog to be trained to help him live a better life! | 2021-05-27 |
| 329. Rose Stiles | McGraw | rrstiles@hotmail.com | Yes | 16078366752 | | 2021-05-27 |
| 330. Elisabeth Deppe | Owatonna | bethdeppe@live.com | Yes | | | 2021-05-27 |
| 331. Kathy Althen | Cascade | kalthen63@yahoo.com | Yes | 9209803095 | It is so wrong for this guy to get away with wat he did..he needs to pay all the money back. | 2021-05-27 |
| 332. Melissa Harner | Mt Airy | cmjck@verizon.net | Yes | | | 2021-05-27 |
| 333. Sarah Lane | Chevy Chase | sarahlane1@gmail.com | Yes | | | 2021-05-27 |
| 334. Alexandra Witt | Las Vegas | paigewitt@gmail.com | Yes | 6108128149 | My cousin deserves to live a happy, normal life which is why my Aunt fought tirelessly to get her the service dog she needs. As her dog has not yet competed it's training to say this news is devastating would be a huge understatement. | 2021-05-27 |
| 335. Leor Maltinski | San Francisco | lmaltinski@gmail.com | Yes | | | 2021-05-27 |
| 336. Sharon Bibby | Martinsville, Indiana | sharonbibby14@yahoo.com | Yes | 765 342 7207 | | 2021-05-27 |

| # Name | City | Email address | Email confirmed | Phone number | Comment | Date |
|---|---|---|---|---|---|---|
| 337. Lori Altabet | Walnut Creek | loritaltabet@gmail.com | Yes | 9259634358 | We donated a lot of money for the service dog for our niece - the dog was not adequately trained | 2021-05-27 |
| 338. Norma Hernandez | Bakersfield | gabsnana08@yahoo.com | Yes | | My family raised monies for our grandson to have a dog we are very upset and disappointed !!! | 2021-05-27 |
| 339. Elizabeth Schmidt | Clifton Park , NY | rschmidt@nycap.rr.com | Yes | | | 2021-05-27 |